**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: IN RE ATG CATALYTICS,

    Debtor.
_____/

ROBERT I. HANFLING, Chapter 7 Trustee,

    Plaintiff,

v.

EPSTEIN, BECKER & GREEN, P.C,

JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5, and JOHN DOES 1 through 5,

    Defendants.
_____/

Nos. C-04-1450/ 04-4026 PJH
BK Adv. Case No. 03-4806

**ORDER GRANTING WITHDRAWAL OF REFERENCE AS TO REMAINING DEFENDANTS; GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE; VACATING DECEMBER 1, 2004 HEARING[1]**

## BACKGROUND

Plaintiff, the chapter 11 trustee for debtor ("ATG"), filed the instant adversary case on behalf of ATG against multiple defendants before the bankruptcy court on December 2, 2003. The lawsuit involved numerous claims, including fraud, misrepresentation, negligence, and breach of contract, arising from debtor ATG's purchase of assets from the bankruptcy estate of Molten Metal Technologies, Inc. ("MMT").

On July 19, 2004, this court withdrew the bankruptcy court's reference in C-04-1450

---

[1] Pursuant to Civil Local Rule 7-13, this order may not be cited except as provided by Civil Local Rule 3-4(e).



PJH as to defendant EBG *only* because, at that time, EBG was the only defendant among several in the underlying adversary case to request withdrawal of the bankruptcy court's reference. Subsequently, on August 20, 2004, EBG filed with this court a motion to transfer venue to Massachusetts. At the September 29, 2004 hearing on EBG's motion, this court advised the parties that in the interests of judicial economy, defendant EBG's motion would be continued until all defendants were before this court. At that hearing, Chapter 7 trustee's counsel advised the court that the trustee would consent to withdrawal of the reference as to all defendants and to transfer of the entire case at the time withdrawal had been effected as to all defendants.

The remaining defendants subsequently sought withdrawal of the bankruptcy court's reference; and on October 28, 2004, this court related the case involving the remaining defendants, C-04-4026 CW, to C-04-1450 PJH.

In a November 23, 2004 joint status report filed with this court, counsel for all defendants and the Chapter 7 trustee advised the court that the remaining defendants join in EBG's motion to transfer venue. Additionally, the parties advised the court that the Chapter 7 trustee consents to withdrawal of the reference as to remaining defendants, and consents to transfer of the entire case to the District Court of Massachusetts (Boston).

## ORDER

GOOD CAUSE APPEARING this court GRANTS the remaining defendants' motion to withdraw the bankruptcy court's reference pursuant to 28 U.S.C. § 157(d). *See In re Security Farms*, 124 F.3d 999, 1008 (9th Cir. 1997) (court should consider "the efficient use of judicial resources, delay and costs to the parties, uniformity of bankruptcy administration, the prevention of forum shopping, and other related factors," including jury trial right).

Additionally, for the reasons discussed on the record at the September 29, 2004 hearing on EBG's motion to transfer venue, the court GRANTS defendants' motion to transfer venue to the District Court of Massachusetts (Boston) pursuant to 28 U.S.C. §§ 1404(a) and 1412. *See Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988); *see also* 1 Collier on

Bankruptcy, § 4.04[4][a] (2004 ed.); *Abbey v. Modern Africa One, LLC*, 305 B.R. 594, 600-602 (D.D.C. 2004) (treating motion to transfer venue in adversary proceeding as one under both §§ 1404(a) and 1412).

The December 1, 2004 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: November ____, 2004

                                              /s/
PHYLLIS J. HAMILTON
United States District Judge

CLOSED, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:04-cv-04026-PJH

Hanfling et al v. Epstein Becker & Green P.C. et al
Assigned to: Hon. Phyllis J. Hamilton
Demand: $0
Cause: 28:0157 Motion for Withdrawal of Reference

Date Filed: 09/22/2004
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

**Plaintiff**
**Robert J. Hanfling**

represented by **Mark R. Jacobs**
Jacobs Partners LLC
Merrit View
383 Main Avenue
Norwalk, CT 06851
203-846-6622
Fax: 203-846-6621
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**ATG Catalytics LLC**

V.

**Defendant**
**Epstein Becker & Green P.C.**

represented by **Michael C. Cooper**
Carlson Calladine and Peterson
2 Embarcadero Center #1800
San Francisco, CA 94111
415-391-3911
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**John Preston**

represented by **Peter J. Crosby, IV**
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104-2878
(415)772-6627
Fax: (415)772-6268
Email: pcrosby@hewm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Gary M. Grossman**
Testa Hurwitz & Thibeault LLP
125 High Street
Boston, MA 02110
617-248-7000
*ATTORNEY TO BE NOTICED*

**Kevin T. Lamb**
Testa Hurwitz & Thibeault LLP
125 High Street
Boston, MA 02110
617-248-7000
*ATTORNEY TO BE NOTICED*

**Peter J. Benvenutti**
Heller, Ehrman, White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104
(415) 772-6403
Email: pbenvenutti@hewm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Nagel**    represented by    **Peter J. Crosby, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary M. Grossman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Lamb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. Benvenutti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Quantum Catalytics LLC**    represented by    **Peter J. Crosby, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary M. Grossman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                    **Kevin T. Lamb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. Benvenutti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eugene Berman**    represented by    **Barry McCarthy**
McCarthy & Berlin LLP
2005 Hamilton Ave.
Suite 140
San Jose, CA 95125
408-558-0950
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Coyle**
Duncan & Allen
1575 Eye Street, NW
Suite 300
Washington, DC 20005
202-289-8400
*ATTORNEY TO BE NOTICED*

**John R. Stickman**
Duncan & Allen
1875 Eye Street, NW
Suite 300
Washington, DC 20005
202-289-8400
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ethan Jacks**    represented by    **Barry McCarthy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Coyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John R. Stickman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Judge Randall J. Newsome**　　　　represented by **Randall J. Newsome**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604
(510)879-3600
PRO SE

**Miscellaneous**
**USBC Manager-Oakland**　　　　represented by **USBC Manager-Oakland**
U.S. Bankruptcy Court
1300 Clay Street,
Suote 300
Oakland, CA 94612
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2004 | 1 | Withdrawal of Bankruptcy Reference; Bankruptcy Court case number 01-46389 N 11. Filed by Eugene Berman, Ethan Jacks, Christopher Nagel, John Preston, Quantum Catalytics LLC. (cp, COURT STAFF) (Filed on 9/22/2004) (Entered: 09/27/2004) |
| 09/22/2004 | 2 | ORDER SETTING CASE MANAGEMENT CONFERENCE: Case Management Conference set for 1/7/2005 01:30 PM. (cp, COURT STAFF) (Filed on 9/22/2004) Additional attachment(s) added on 9/28/2004 (cp, COURT STAFF). (Entered: 09/27/2004) |
| 09/22/2004 |  | CASE DESIGNATED for Electronic Filing. (cp, COURT STAFF) (Filed on 9/22/2004) (Entered: 09/27/2004) |
| 10/21/2004 | 3 | NOTICE of Related Case *re Adversary Proceedings* (Crosby, Peter) (Filed on 10/21/2004) (Entered: 10/21/2004) |
| 10/28/2004 | 4 | ORDER RELATING CASE. C-04-1450 PJH and C-04-4026 CW are related within the meaning of Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to Judge Hamilton. All matters presently scheduled for hearing in the reassigned case are vacated, and must be renoticed for hearing. Signed by Judge Phyllis J. Hamilton on 10/28/04. (lm, COURT STAFF) (Filed on 10/28/2004) (Entered: 10/28/2004) |
| 10/28/2004 |  | Case reassigned to Judge Phyllis J. Hamilton. Judge Claudia Wilken no longer assigned to the case. (cp, COURT STAFF) (Filed on 10/28/2004) (Entered: 10/29/2004) |
| 11/10/2004 | 5 | ORDER SETTING CASE MANAGEMENT CONFERENCE: the csse having been reassigned to the Honorable Phyllis J. Hamilton; a Case Management Conference will be held on 1/6/05 at 2:30 P.M. A Joint Case Management Conference Statement shall be filed by 12/30/04. Signed by Judge Phyllis J. Hamilton on 11/10/04. (lm, COURT STAFF) (Filed on |

| | | |
|---|---|---|
| | | 11/10/2004) (Entered: 11/10/2004) |
| 11/15/2004 | 6 | ORDER re: EBG's cont'd mot to transfer venue; addl defendants' mot to w/d reference. Signed by Judge Hamilton on 11/15/04. (pjhlc3, ) (Filed on 11/15/2004) (Entered: 11/15/2004) |
| 11/24/2004 | 7 | ORDER granting w/d of reference; granting mot to transfer venue; vacating hrg. Signed by Judge Hamilton on 11/24/04. (pjhlc3, ) (Filed on 11/24/2004) (Entered: 11/24/2004) |