UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HANFLING,<br>Chapter 7 Trustee of the Bankruptcy<br>Estate of ATG Catalytics, LLC<br><br>Plaintiff,<br><br>v.<br><br>EPSTEIN BECKER & GREEN, P.C.,<br>et al.,<br><br>Defendants. | Civil Action No. 05-10077-RGS |

## APPEARANCE

Kindly enter the appearances of Marjorie Sommer Cooke, Paula M. Bagger, and Cooke, Clancy & Gruenthal, LLP, 150 Federal Street, Boston, MA 02110, as counsel for defendant Epstein Becker & Green, P.C. herein.

EPSTEIN BECKER & GREEN, P.C.

*/s/ Marjorie Sommer Cooke*
Marjorie Sommer Cooke (BBO # 097800)
Paula M. Bagger (BBO # 547703)
COOKE, CLANCY & GRUENTHAL, LLP
150 Federal Street
Boston, MA 02110
(617) 428-6800

Dated: January 20, 2005

## CERTIFICATE OF SERVICE

I, Paula M. Bagger, hereby certify that I have this 20th day of January 2005 served a true copy of the foregoing upon all counsel of record, by first-class mail, postage prepaid.

*/s/ Paula M. Bagger*
Paula M. Bagger