**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN CLERKS OFFICE

2005 FEB 15 P 1: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT J. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-CV-1077 RJS ) 10077R45 |
| EPSTEIN BECKER & GREEN,P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rules 5.1(a)(1) and 83.5.2 of the United States District Court

for the District of Massachusetts, please enter the appearance of Nancy E. Maroney of

Testa, Hurwitz & Thibeault, LLP, 125 High Street, Boston, Massachusetts 02110,

telephone number (617) 248-7000, as attorney for defendants Quantum Catalytics LLC,

John Preston, and Christopher Nagel in this case.

Nancy E. Maroney (BBO #652324)
Testa, Hurwitz & Thibeault, LLP
(a limited liability partnership in dissolution)
125 High Street
Boston, MA 02110
(617) 248-7000

DATE:  February 11, 2005

## CERTIFICATE OF SERVICE

I, Nancy E. Maroney, hereby certify that I have served a copy of the foregoing document this 11th day of February, 2005, by first class mail, on all counsel of record as follows:

Mark R. Jacobs
Jacobs Partners LLC
Merrot View
383 Main Avenue
Norwalk, CT  06851
*Attorney for Robert J. Hanfling*

Marjorie Sommer Cooke
Paula M. Bagger
Cooke, Clancy & Gruenthal LLP
150 Federal Street
Boston, MA  02110
*Attorneys for Epstein Becker & Green P.C.*

Barry McCarthy
McCarthy & Herlin LLP
2005 Hamilton Avenue
Suite 140
San Jose, CA  95125
*Attorney for Eugene Berman and Ethan Jacks*

Michael C. Cooper
Carlson Calladine & Peterson
2 Embarcadero center # 1800
San Francisco, CA 94111
*Attorney for Epstein Becker & Green P.C.*

John R. Stickman
Duncan & Allen
1575 Eye Street NW
Suite 300
Washington, DC  20005
*Attorney for Eugene Berman and Ethan Jacks*

John P. Coyle
Duncan & Allen
1575 Eye Street NW
Suite 300
Washington, DC  20005
*Attorney for Eugene Berman and Ethan Jacks*

Nancy E. Maroney

3174649