UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5,<br><br>Defendants. | Civil Action No. 05-CV-10077-RGS |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), please enter the withdrawal of Kevin T. Lamb and Gary M. Grossman of the law firm Testa, Hurwitz & Thibeault, LLP and Peter J. Benvenutti and Peter Crosby of the law firm Heller Ehrman White & McAuliffe, LLP as counsel of record for Defendants Quantum Catalytics LLC, John Preston, and Christopher Nagel.

Respectfully submitted,

Testa, Hurwitz & Thibeault, LLP
(a limited liability partnership in dissolution)

_____
Kevin T. Lamb (BBO #556325)

Attorney for Defendants Quantum Catalytics, John Preston, and Christopher Nagel

Dated: February 7, 2005

## CERTIFICATE OF SERVICE

I, Nancy E. Maroney, hereby certify that I have served a copy of the foregoing document this 11th day of February, 2005, by first class mail, on all counsel of record as follows:

Mark R. Jacobs
Jacobs Partners LLC
Merrot View
383 Main Avenue
Norwalk, CT 06851
*Attorney for Robert J. Hanfling*

Marjorie Sommer Cooke
Paula M. Bagger
Cooke, Clancy & Gruenthal, LLP
150 Federal Street
Boston, MA 02110
*Attorneys for Epstein Becker & Green P.C.*

Barry McCarthy
McCarthy & Herlin LLP
2005 Hamilton Avenue
Suite 140
San Jose, CA 95125
*Attorney for Eugene Berman and Ethan Jacks*

Michael C. Cooper
Carlson Calladine & Peterson
2 Embarcadero center # 1800
San Francisco, CA 94111
*Attorney for Epstein Becker & Green P.C.*

John R. Stickman
Duncan & Allen
1575 Eye Street NW
Suite 300
Washington, DC 20005
*Attorney for Eugene Berman and Ethan Jacks*

John P. Coyle
Duncan & Allen
1575 Eye Street NW
Suite 300
Washington, DC 20005
*Attorney for Eugene Berman and Ethan Jacks*

_____
Nancy E. Maroney

3174286_1