UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HANFLING,<br>  Chapter 7 Trustee of the Bankruptcy<br>  Estate of ATG Catalytics, LLC<br><br>      Plaintiff,<br><br>      v.<br><br>EPSTEIN BECKER & GREEN, P.C.,<br>  et al.,<br><br>      Defendants. | Civil Action No. 05-10077-RGS |

## **APPEARANCE**

Kindly enter the appearance of Paula M. Bagger, Cooke, Clancy & Gruenthal, LLP, 150 Federal Street, Boston, MA 02110, as counsel for defendant Epstein Becker & Green, P.C. herein.

                                    EPSTEIN BECKER & GREEN, P.C.


                                    ___/s/ Paula M. Bagger_____
                                    Paula M. Bagger (BBO # 547703)
                                    COOKE, CLANCY & GRUENTHAL, LLP
                                    150 Federal Street
                                    Boston, MA  02110
                                    (617) 428-6800

Dated: May 11, 2005