UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HANFLING,<br>  Chapter 7 Trustee of the Bankruptcy<br>  Estate of ATG Catalytics, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>EPSTEIN BECKER & GREEN, P.C.,<br>  et al.,<br><br>    Defendants. | Civil Action No. 05-10077-RGS |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the mailing address for Paula M. Bagger, Cooke, Clancy & Gruenthal, LLP, has changed to: 265 Franklin Street, Boston, MA 02110, effectively immediately. The telephone and facsimile numbers and the email address remain the same. All counsel of record are being notified of this change of address.

EPSTEIN BECKER & GREEN, P.C.

\_\_\_/s/ Paula M. Bagger_____
Paula M. Bagger (BBO # 547703)
COOKE, CLANCY & GRUENTHAL, LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

Dated: May 12, 2005