UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND CATALYTICS LLC<br><br>Plaintiff,<br><br>v.<br><br>EPSTEIN BECKER & GREEN, P.C. JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5,<br><br>Defendants. | C.A. No. 05-10077-RGS |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter an Appearance for Joseph S. Ayoub, Jr. and Nutter McClennen & Fish LLP as counsel for the Defendants Quantum Catalytics, LLC, John Preston and Christopher Nagel in the above-captioned matter.

Joseph S. Ayoub, Jr., Esq. (BBO No. 024900)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2771

Dated: May 13, 2005

1428601.1