UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT J. HANFLING,<br>  Chapter 7 Trustee of the Bankruptcy<br>  Estate of ATG Catalytics, LLC<br><br>         Plaintiff,<br>v.<br><br>EPSTEIN BECKER & GREEN, P.C., et al.,<br><br>         Defendants. | Civil Action No. 05-10077-RGS |

### NOTICE OF WITHDRAWAL

Pursuant to Rule 83.5.2 of the Local Rules for the United States District Court for the District of Massachusetts, Robert M. Peterson, Michael C. Cooper, and their firm, Carlson Calladine & Peterson, LLP, 353 Sacramento Street, 16th Floor., San Francisco, CA 94111 (together, "Carlson Calladine"), hereby withdraw from representation of defendant Epstein Becker & Green, P.C. in the above captioned matter. Carlson Calladine may withdraw as a matter of right because: (1) Marjorie Sommer Cooke, Paula M. Bagger, and Cooke, Clancy & Gruenthal, LLP, 265 Franklin Street, Boston, MA 02110, have entered an appearance in this matter as counsel for defendant Epstein Becker & Green, P.C. (on or about February 20, 2005); (2) there are no motions pending before the Court; (3) no trial date has been set; and (4) no hearings or conferences are currently scheduled, and no reports are due.

ROBERT M. PETERSON
MICHAEL C. COOPER and
CARLSON CALLADINE AND PETERSON

_____
Robert M. Peterson (Cal Bar No. 100084)
Michael C. Cooper (Cal. Bar No. 114729)
CARLSON CALLADINE & PETERSON, LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
(415) 391-3911

Dated: April 29, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5-12-05
_____