MAY-31-2005 15:28    ATOMIC ORDERED MATERIALS         15086755461    P.02/02

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND CATALYTICS LLC<br><br>Plaintiff,<br><br>v.<br><br>EPSTEIN BECKER & GREEN, P.C. JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5,<br><br>Defendants. | C.A. No. 05-10077-RGS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

John Preston, individually and as authorized representative of Quantum Catalytics LLC, Christopher Nagel, and the undersigned counsel, affirm that they have conferred and discussed establishing a budget for the cost of conducting the full course —and various alternative courses —of this litigation and that they have considered the resolution of this litigation thorough alternative dispute resolution.

_/s/ John Preston_
John Preston

_/s/ Christopher Nagel_
Christopher Nagel

Dated: May 31, 2005

_/s/ Joseph S. Ayoub_
Joseph S. Ayoub (BBO #024900)
Nancy E. Maroney (BBO# 652324)
NUTTER MCCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, MA 02210-2604
T. (617) 439-2000
F. (617) 310-9000

-1-