UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HANFLING, CHAPTER 11 ) <br> TRUSTEE FOR ATG, INC. AND ) <br> CATALYTICS LLC ) <br> ) <br>                 **Plaintiff,** ) <br> v. ) <br> ) <br> EPSTEIN BECKER & GREEN, P.C. ) <br> JOHN PRESTON, CHRISTOPHER NAGEL, ) <br> EUGENE BERMAN, ETHAN JACKS, ) <br> QUANTUM CATALYTICS LLC, ABC ) <br> CORPS 1 through 5 and JOHN DOES ) <br> 1 through 5, ) <br> ) <br>                 **Defendants.** ) | C.A. No. 05-10077-RGS |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT EPSTEIN BECKER & GREEN, P.C.**

Pursuant to the corporate disclosure requirements of this Court's Local Rule 7.3, defendant Epstein Becker & Green, P.C. states that it has no parent corporation and that no public company owns more than 10% of its stock.

                                                 _____/s/ Paula M. Bagger_____
                                                 Marjorie Sommer Cooke (BBO No. 097800)
                                                 Paula M. Bagger (BBO No. 547703)
                                                 COOKE CLANCY & GRUENTHAL LLP
                                                 265 Franklin Street
                                                 Boston, MA  02110
                                                 (617) 428-6800

Dated: June 1, 2005