UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND CATALYTICS LLC,<br><br>      Plaintiff,<br><br>v.<br><br>EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-1007-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Steven DiFiore, Executive Director of defendant Epstein Becker & Green, P.C. ("EBG"), through its representative and counsel, Robert E. DeRight, Jr., and Marjorie Sommer Cooke, EBG's counsel herein, hereby certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution mechanisms.

Dated: May 27, 2005

EPSTEIN BECKER & GREEN, P.C.

By: _____
  Steven DiFiore,
  Executive Director

_____
Robert E. DeRight, Jr.

_____
Marjorie Sommer Cooke (BBO No. 097800)
COOKE CLANCY & GRUENTHAL LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

NY:560805v1