UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.<br><br>Plaintiff,<br><br>vs.<br><br>EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5<br><br>Defendant(s). | C.A. No. 05-10077-RGS |

### DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Norwalk, County of Fairfield, State of Connecticut. I am over the age of 18 years and not a party to this action. My business address is Jacobs Partners LLC, Merritt View, 383 Main Avenue, Norwalk, Connecticut 06851.

I am readily familiar with the business practices of my employer, Jacobs Partners LLC, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 1, 2005, I served the following

    A.    LOCAL RULE 16.1(D)(3) CERTIFICATION

Upon all parties listed on the attached service list by placing true and correct copies of said document(s) in sealed envelope(s), addressed to the addressee(s) designated by them VIA STANDARD MAIL, and placing such envelope(s) for collection and mailing in an official U.S. Postal depository at my employer's place of business following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of June, 2005 at Norwalk, Connecticut.

*/s/ Kirsten M. Clements*
Kirsten M. Clements

## SERVICE LIST

| ATTORNEY FOR EUGENE BERMAN & ETHAN JACKS<br><br>John P. Coyle, Esq.<br>John R. Stickman, Esq.<br>Duncan & Allen<br>1575 Eye Street NW, Suite 300<br>Washington, DC 20005 | ATTORNEY'S FOR QUANTUM CATALYTICS LLC, JOHN PRESTON & CHRISTOPHER NAGEL:<br><br>Joseph S. Ayoub, Jr., Esq.<br>Nutter, McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604 |
|---|---|
| ATTORNEY'S FOR EPSTEIN BECKER & GREEN, P.C.<br><br>Paula M. Bagger, Esq.<br>Marjorie Sommer, Esq.<br>Cooke, Clancy & Gruenthal LLP<br>265 Franklin Street<br>Boston, MA 02110 | |