UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT J. HANFLING, CHAPTER 11 )
TRUSTEE FOR ATG, INC. AND )
CATALYTICS LLC )
 )
               Plaintiff, )
 )         C.A. No. 05-10077-RGS
v. )
 )
EPSTEIN BECKER & GREEN, P.C. )
JOHN PRESTON, CHRISTOPHER NAGEL, )
EUGENE BERMAN, ETHAN JACKS, )
QUANTUM CATALYTICS LLC, ABC )
CORPS 1 through 5 and JOHN DOES )
1 through 5, )         June 1, 2005
 )
               Defendants. )

### LOCAL RULE 16.1(D)(3) CERTIFICATION

Robert I. Hanfling, Chapter 7 Trustee for ATG, Inc. and ATG Catalytics LLC and the undersigned counsel, affirm that they have conferred and discussed establishing a budget for the cost of conducting the full course and various alternative courses of this litigation and that they have considered the resolution of this litigation thorough alternative dispute resolution.

_____
Robert I. Hanfling, Chapter 7 Trustee for
ATG, Inc. & ATG Catalytics LLC

_____
Mark R. Jacobs
Robert M. Fleischer
Leslie L. Lane
Gerry A. McMahon
Jacobs Partners LLC
383 Main Avenue
Norwalk, CT 06851
Telephone: (203) 846-6622
Facsimile: (203) 846-6621