# JACOBS PARTNERS LLC

ATTORNEYS AT LAW
MERRITT VIEW
383 MAIN AVENUE
NORWALK, CONNECTICUT 06851

6/6/07

TELEPHONE: (203) 846-6622
FACSIMILE: (203) 846-6621

Les L. Lane
Admitted in Connecticut

June 3, 2005

**Via Fax 617-748-9162**
Mary Johnson, Esq.
Courtroom Clerk to
The Honorable Richard G. Stearns
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: *Robert I. Hanfling, Trustee v. Epstein Becker & Green, et al.*
*Civil Action No. 05-10077-RGS*

Dear Ms. Johnson:

    This firm represents plaintiff, Robert I. Hanfling, Chapter 7 Trustee of ATG, Inc. in the above-referenced action. We previously submitted a written request for permission for myself, and possibly Mark Jacobs, to appear telephonically at the Initial Scheduling Conference scheduled for June 6, 2005. You indicated to our office earlier this week that Mr. Jacobs and I could both appear telephonically as long as we dialed in on the same line, and you asked us to inform you what our intentions were by the end of this week. Accordingly, at this time, it is our intention that both myself and Mr. Jacobs will appear via telephone. We will be connecting in on one telephone line.

    Also, we had previously indicated that we hoped to have local counsel in place prior to the scheduling conference. However, we have not yet finalized arrangements with local counsel, and therefore, we may not have local counsel in place prior to the scheduling conference.

Respectfully submitted,

*Les L. Lane*

Les L. Lane

cc: all counsel of record