IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC., AND CATALYTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5, and JOHN DOES 1 through 5,<br><br>Defendants. | Civil Action No. 05-10077-RGS |

**NOTICE OF APPEARANCE OF WILLIAM A. ZUCKER AND DAVID HIMELFARB ON BEHALF OF PLAINTIFF ROBERT J. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND CATALYTICS, LLC**

Pursuant to District of Massachusetts Local Rule 83.5.2(a), please enter the appearance of William A. Zucker and David Himelfarb, of Gadsby Hannah LLP, as counsel for Plaintiff Robert J. Hanfling, Chapter 11 Trustee for ATG Inc., and Catalytics, LLC, in the above-captioned matter. An application for the admission, *pro hac vice*, of Mark R. Jacobs, Robert M. Fleischer, Leslie L. Lane, and Gerry A. McMahon, of Jacobs Partners LLC, 383 Main Avenue, Norwalk, Connecticut 06851, as lead counsel on behalf of the Plaintiff, will be filed shortly.

- 2 -

        Respectfully Submitted,

        /s/ David Himelfarb
William A. Zucker (BBO # 541240)
   wzucker@ghlaw.com
David Himelfarb (BBO # 649596)
   dhimelfarb@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02210
Tel. (617) 345-7000
Fax (617) 204-8055

Dated: June 6, 2005

## CERTIFICATE OF SERVICE

    I, David Himelfarb, counsel for Plaintiff Robert J. Hanfling, Chapter 11 Trustee for ATG Inc., and Catalytics, LLC, hereby certify that a copy of the foregoing Notice of Appearance has been served on all counsel of record through the Court's CM/ECF Document Filing System and via U.S. Mail on this 6th day of June, 2005.

        /s/ David Himelfarb
David Himelfarb