UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT J. HANFLING, Chapter 7 Trustee of the Bankruptcy Estate of ATG CATALYTICS L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> EPSTEIN BECKER & GREEN, P.C., et al., <br><br> Defendants. | Civil Action No. 05-10077-RGS |

## NOTICE OF WITHDRAWAL

Pursuant to Rule 83.5.2 of the Local Rules for the Unites States District Court for the District of Massachusetts, Peter J. Benvenutti, Peter J. Crosby, and their firm, Heller Ehrman LLP, 333 Bush Street, 31st Floor, San Francisco, CA 94104 (together, "Heller Ehrman"), hereby move for leave to withdraw from representation of defendants Quantum Catalytics LLC, John Preston, and Christopher Nagel in the above captioned matter. In support of this motion, Heller Ehrman states that (1) Joseph S. Ayoub, Jr. and Nancy E. Maroney of Nutter McClennen & Fish LLP, 155 Seaport Boulevard, Boston, MA 02210, have entered an appearance in this matter as counsel for defendants Quantum Catalytics LLC, John Preston, and Christopher Nagel, and (2) no trial date has been set. Leave of Court for this withdrawal is required because there are currently motions to dismiss pending before the Court and a status conference is scheduled for June 6, 2005.

Wherefore, Peter J. Benvenutti, Peter J. Crosby, and their firm, Heller Ehrman LLP, move for leave to withdraw their appearance in this matter.

Dated: June 6, 2005

Respectfully submitted,

HELLER EHRMAN LLP

By _____
Peter J. Crosby (Cal Bar No. 115588)
HELLER EHRMAN LLP

1435678.1

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: _____