UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.** <br><br> Plaintiff, <br><br> vs. <br><br> **EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5** <br><br> Defendant(s) | C.A. No. 05-10077-RGS |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

William A. Zucker, Esq., a member of the law firm Gadsby Hannah LLP, and David Himelfarb, Esq., an associate of Gadsby Hannah, LLP, local counsel to Robert I. Hanfling, Chapter 7 Trustee for ATG, Inc. and ATG Catalytics LLC, plaintiffs in the above-captioned proceeding, maintaining offices in this district at 225 Franklin Street Boston, Massachusetts, and being members in good standing of the Bar of the Commonwealth of Massachusetts and being admitted to practice before the United State District Court for the District of Massachusetts and the United State Court of Appeals for the First Circuit, respectfully request, pursuant to Local Rule 83.5.3(b), that this Court grant leave to Mark R. Jacobs, Robert M. Fleischer, and Leslie L. Lane to practice in this Court in the above-captioned matter on behalf of the plaintiff Robert I. Hanfling, Chapter 11 Trustee for ATG, Inc., and ATG Catalytics LLC.

In support thereof, the undersigned state as follows:

1. I am informed that Mark R. Jacobs, Robert M. Fleischer, and Leslie L. Lane are members of the bar in good standing in every bar they have been admitted to practice.

2. I am informed that there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction.

3. I am informed that Mark R. Jacobs, Robert M. Fleischer, and Leslie L. Lane are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Mark R. Jacobs, Robert M. Fleischer, and Leslie L. Lane have represented the plaintiff on matters pertaining to the Chapter 7 bankruptcy and have familiarity with the subject matter of this case.

5. Mark R. Jacobs, Robert M. Fleischer, and Leslie L. Lane's appearances and participation in this matter, in conjunction with attorneys from Gadsby Hannah LLP, are necessary for the proper and effective representation of the plaintiffs.

6. Attached hereto and incorporated herein as Exhibits A through C are individual statements by Mark R. Jacobs, Robert M. Fleischer, and Leslie L. Lane affirming the facts set forth herein and certifications from the State Bar of Connecticut of their good standing.

WHEREFORE, for purposes of representing the plaintiff Robert I. Hanfling, Chapter 7 Trustee for ATG, Inc. and ATG Catalytics LLC in the above-captioned action, the petitioners respectfully pray that Mark R. Jacobs, Robert M. Fleischer, and Leslie L. Lane be admitted *pro hac vice,* to practice in this action before the United States District Court for the District of Massachusetts.

    Respectfully submitted,
    ROBERT I. HANFLING, CHAPTER 11
    TRUSTEE FOR ATG, INC & ATG
    CATALYTICS LLC

    /s/ David Himelfarb
    William A. Zucker, BBO# 541240
    wzucker@ghlaw.com
    David Himelfarb, BBO# 649596
    dhimelfarb@ghlaw.com
    Gadsby Hannah LLP
    225 Franklin Street
    Boston, MA 02110
    (617) 345-7000
    (617) 204-8055

## CERTIFICATE OF SERVICE

      I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail and through the Court's ECF/CM system.

      By:   /s/ David Himelfarb
             David Himelfarb

      Date:  July 19, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.<br><br>  Plaintiff,<br><br>vs.<br><br>EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5<br><br>  Defendant(s) | C.A. No. 05-10077-RGS |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ROBERT I. HANFLING, CHAPTER 11
TRUSTEE FOR ATG, INC. AND ATG
CATALYTICS L.L.C.

Plaintiff,

vs.

EPSTEIN BECKER & GREEN, P.C.,
JOHN PRESTON, CHRISTOPHER
NAGEL, EUGENE BERMAN, ETHAN
JACKS, QUANTUM CATALYTICS LLC,
ABC CORPS 1 through 5 and JOHN
DOES 1 through 5

Defendant(s)

C.A. No. 05-10077-RGS

## PRO HAC VICE APPLICATION AND ORDER

I, Mark R. Jacobs, attorney for plaintiff Robert I. Hanfling, Chapter 11 Trustee for ATG, Inc. and ATG Catalytics LLC hereby petition for admission:

My residence address is 11 Compo Parkway, Westport, Connecticut 06880.

My business address is Jacobs Partners LLC, 383 Main Avenue, Norwalk, Connecticut 06851.

My business telephone number is (203) 846-6622; business facsimile number is (203) 846-6621.

I am admitted to practice in the following courts:

- Courts of the State of Connecticut
- United States District Court for the District of Connecticut
- Courts of the State of New York
- United States District Court for the Eastern District Court of New York

- United States District Court for the Southern District Court of New York

I am currently in good standing and eligible to practice in each of the foregoing courts. I am not currently suspended or disbarred in any other court.

Within the year preceding this application, I have not made a pro hac vice application to this Court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: William A. Zucker of Gadsby Hannah LLP.

Respectfully submitted,

Dated: July 14th, 2005

_____
Mark R. Jacobs
Connecticut Bar Number 413702
Jacobs Partners LLC

I hereby consent to my designation as local counsel.

Dated: July 19, 2005

_____
William A. Zucker (BBO # 541240)
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify** *that, in the Superior Court at* Bridgeport, *on the* nineteenth *, day of* May, 1997,

Mark Randolph Jacobs

of

Westport, Connecticut

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

**In Testimony Whereof**, *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* seventeenth *day of* June *, 20*05*.*

*Michele T. Angers*
**Michele T. Angers**
*Chief Clerk*



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.<br><br>Plaintiff,<br><br>vs.<br><br>EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5<br><br>Defendant(s) | C.A. No. 05-10077-RGS |

MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.<br><br>Plaintiff,<br><br>vs.<br><br>EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5<br><br>Defendant(s) | C.A. No. 05-10077-RGS |

## PRO HAC VICE APPLICATION AND ORDER

I, Robert M. Fleischer, attorney for plaintiff Robert I. Hanfling, Chapter 7 Trustee for ATG, Inc. and ATG Catalytics LLC hereby petition for admission:

My residence address is 12 Centennial Drive Milford, Connecticut 06460.

My business address is Jacobs Partners LLC, 383 Main Avenue, Norwalk, Connecticut 06851.

My business telephone number is (203) 846-6622; business facsimile number is (203) 846-6621.

I am admitted to practice in the following courts:

- Court of the State of Connecticut
- United States District Court for the District of Connecticut
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York

I am currently in good standing and eligible to practice in each of the foregoing courts. I am not currently suspended or disbarred in any other court.

Within the year preceding this application, I have not made a pro hac vice application to this Court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: William A. Zucker of Gadsby Hannah LLP.

Respectfully submitted,

Dated: July 18, 2005

Robert M. Fleischer
Connecticut Bar Number 407640
Jacobs Partners LLC

I hereby consent to my designation as local counsel.

Dated: July 19, 2005

William A. Zucker (BBO # 541240)
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify** *that, in the Superior Court at* Norwalk, *on the* eleventh *, day of* December, 1992,

Robert M. Fleischer

*of*

Milford, Connecticut

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

**In Testimony Whereof,** *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* seventeenth *day of* June *, 20*05 *.*



**Michele T. Angers**

*Chief Clerk*



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.<br><br>Plaintiff,<br><br>vs.<br><br>EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5<br><br>Defendant(s) | C.A. No. 05-10077-RGS |

<u>MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE</u>

<u>EXHIBIT C</u>

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.<br><br>Plaintiff,<br><br>vs.<br><br>EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5<br><br>Defendant(s) | C.A. No. 05-10077-RGS |

## PRO HAC VICE APPLICATION AND ORDER

I, Leslie L. Lane, attorney for plaintiff Robert I. Hanfling, Chapter 7 Trustee for ATG, Inc. and ATG Catalytics LLC, hereby petition for admission:

My residence address is 1602 Lincoln Lane, Rolla, Missouri 65401.

My business address is Jacobs Partners LLC, 383 Main Avenue, Norwalk, Connecticut 06851.

My business telephone number is (203) 846-6622; business facsimile number is (203) 846-6621.

I am admitted to practice in the following courts:

- Courts of the State of Connecticut
- United States District Court for the District of Connecticut
- United States District Court for the Southern District Court of New York

- United States District Court for the Eastern District Court of New York

I am currently in good standing and eligible to practice in each of the foregoing courts. I am not currently suspended or disbarred in any other court.

Within the year preceding this application, I have not made a *pro hac vice* application to this Court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: William A. Zucker of Gadsby Hannah LLP.

Respectfully submitted,

Dated: July 14, 2005

_____
Leslie L. Lane
Connecticut Bar Number 416368
Jacobs Partners LLC

I hereby consent to my designation as local counsel.

Dated: July 17, 2005

_____
William A. Zucker (BBO # 541240)
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify** *that, in the Superior Court at* ____New Haven____, *on the* ____ninth____, *day of* ____March____, ____1999____,

____Leslie L. Lane____

*of*

____Rolla, Missouri____

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

**In Testimony Whereof,** *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* ____seventeenth____ *day of* ____June____, 20__05__.

*Michele T. Angers*

**Michele T. Angers**

*Chief Clerk*



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.**<br><br>          **Plaintiff,**<br><br>     vs.<br><br>**EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5**<br><br>          **Defendant(s)** | C.A. No. 05-10077-RGS |

## ORDER GRANTING MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Application having been made and the Court being sufficiently advised, IT IS HEREBY ORDERED that the *pro hac vice* applications of Mark R. Jacobs, Robert M. Fleischer, and Leslie L. Lane are hereby granted.

Dated: _____          _____
                                                                          Judge, United States District Court

Motion for Admission *Pro Hac Vice*