UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.,<br><br>          Plaintiff,<br>v.<br><br>EPSTEIN BECKER & GREEN, P.C.<br>JOHN PRESTON, CHRISTOPHER NAGEL,<br>EUGENE BERMAN, ETHAN JACKS,<br>QUANTUM CATALYTICS LLC, ABC<br>CORPS 1 through 5 and JOHN DOES<br>1 through 5,<br><br>          Defendants. | C.A. No. 05-10077-RGS |

**MOTION FOR LEAVE FOR WITHDRAWAL OF COUNSEL**

Defendants Eugene Berman and Ethan Jacks hereby move for leave of court, pursuant to Rule 83.5.2 of the Local Rules of the United States District Court for the District of Massachusetts, for the withdrawal of Barry F. McCarthy and his firm, McCarthy & Berlin, Suite 140, 2005 Hamilton Avenue, San Jose, California 95125, as their counsel in this proceeding, and state as follows in support of their motion:

    1.    Mr. McCarthy and McCarthy & Berlin were retained as local counsel during the period when this case was pending before the United States Bankruptcy Court for the Northern District of California. As the case was transferred to this Court effective January 13, 2005, it is no longer necessary for Defendants Berman and Jacks to engage local counsel in the Northern District of California.

    2.    Defendants Berman and Jacks have engaged counsel admitted to practice before this court, and a formal notice of appearance of John P. Coyle and Jon R. Stickman of the firm

Duncan & Allen, Suite 300, 1575 Eye Street, N.W., Washington, D.C. 20005-1175 accompanies this motion.

    3.    No trial date has been set in this case. Leave of court for the withdrawal of counsel is required because there is presently a hearing set for August 19, 2005, on motions to dismiss (including a motion to dismiss filed by Defendants Berman and Jacks).

    4.    A form of order authorizing and accepting the withdrawal of Mr. McCarthy and McCarthy & Berlin as counsel in this matter is submitted along with this motion.

Dated at Washington, D.C., this 1st day of August, 2005.

        Respectfully submitted,

        DUNCAN & ALLEN
        Counsel for Defendants
        Eugene Berman and Ethan Jacks

        /s/ *electronically filed*
        _____
        John P. Coyle (BBO # 103530)
        Jon R. Stickman (*Pro Hac Vice*)
        Duncan & Allen
        Suite 300
        1575 Eye Street, N.W.
        Washington, D.C. 20005-1175
        Telephone: (202) 289-8400
        Facsimile: (202) 289-8450

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that one copy of the foregoing MOTION FOR LEAVE FOR WITHDRAWAL OF COUNSEL, proposed ORDER GRANTING LEAVE FOR WITHDRAWAL OF COUNSEL, and NOTICE OF APPEARANCE has this day been served by first class United States mail, postage prepaid, upon the following:

Marjorie S. Cooke, Esq.
Paula M. Bagger, Esq.
Cooke, Clancy & Gruenthal LLP
265 Franklin Street
Boston, Massachusetts  02110
Facsimile:  (617) 428-6868

Mark R. Jacobs, Esq.
Leslie L. Lane, Esq.
Robert M. Fleischer, Esq.
Jacobs Partners, LLC
Merrot View
383 Main Avenue
Norwalk, Connecticut  06851
Facsimile:  (203) 846-6621

Joseph S. Ayoub, Jr., Esq.
Nancy Maroney, Esq.
Nutter, McLennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts  02210-2604
Facsimile:  (617) 310-9771

William A. Zucker, Esq.
David Himelfarb, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, Massachusetts  02110
Facsimile:  (617) 204-8055

Barry F. McCarthy, Esq.
McCarthy & Berlin
Suite 140
2005 Hamilton Avenue
San Jose, California  95125

/s/  *electronically filed*
_____
John P. Coyle
Duncan & Allen
Suite 300
1575 Eye Street, N.W.
Washington, D.C.  20005-1175

Dated at Washington, D.C.
this 1st day of August, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C., <br><br> Plaintiff, <br> v. <br><br> EPSTEIN BECKER & GREEN, P.C. JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5, <br><br> Defendants. | C.A. No. 05-10077-RGS |

**ORDER GRANTING LEAVE FOR WITHDRAWAL OF COUNSEL**

Defendants Eugene Berman and Ethan Jacks having moved for leave of court, pursuant to Rule 83.5.2 of the Local Rules of the United States District Court for the District of Massachusetts, for the withdrawal of Barry F. McCarthy and his firm, McCarthy & Berlin, Suite 140, 2005 Hamilton Avenue, San Jose, California 95125, as their counsel in this proceeding, and good cause appearing for the granting of such motion, IT IS HEREBY

ORDERED, that leave for the withdrawal of Barry F. McCarthy and McCarthy & Berlin as counsel for Defendants Berman and Jacks is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: