UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C., <br><br> Plaintiff, <br> v. <br><br> EPSTEIN BECKER & GREEN, P.C. JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5, <br><br> Defendants. | C.A. No. 05-10077-RGS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following appear as counsel for Defendants Eugene Berman and Ethan Jacks in this proceeding:

> John P. Coyle (BBO # 103530)
> Jon R. Stickman (*Pro Hac Vice*)
> Duncan & Allen
> Suite 300
> 1575 Eye Street, N.W.
> Washington, D.C. 20005-1175
> Telephone: (202) 289-8400
> Facsimile: (202) 289-8450
> E-mail: jpc@duncanallen.com
>     jrs@duncanallen.com

Dated at Washington, D.C., this 1st day of August, 2005.

Respectfully submitted,

DUNCAN & ALLEN
Counsel for Defendants
Eugene Berman and Ethan Jacks

/s/ *electronically filed*
_____
John P. Coyle (BBO # 103530)
Jon R. Stickman (*Pro Hac Vice*)
Duncan & Allen
Suite 300
1575 Eye Street, N.W.
Washington, D.C.  20005-1175
Telephone:  (202) 289-8400
Facsimile:  (202) 289-8450

- 2 -