UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C., <br><br>                Plaintiff,<br>v.<br><br>EPSTEIN BECKER & GREEN, P.C. JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5,<br><br>                Defendants. | C.A. No. 05-10077-RGS |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following appear as counsel for Defendants Eugene Berman and Ethan Jacks in this proceeding:

        John P. Coyle (BBO # 103530)
        Jon R. Stickman (*Pro Hac Vice*)
        Duncan & Allen
        Suite 300
        1575 Eye Street, N.W.
        Washington, D.C.  20005-1175
        Telephone:  (202) 289-8400
        Facsimile:  (202) 289-8450
        E-mail:  jpc@duncanallen.com
                   jrs@duncanallen.com

Dated at Washington, D.C., this 1st day of August, 2005.

Respectfully submitted,

DUNCAN & ALLEN
Counsel for Defendants
Eugene Berman and Ethan Jacks

/s/ *electronically filed*
_____
John P. Coyle (BBO # 103530)
Jon R. Stickman (*Pro Hac Vice*)
Duncan & Allen
Suite 300
1575 Eye Street, N.W.
Washington, D.C. 20005-1175
Telephone: (202) 289-8400
Facsimile: (202) 289-8450