UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT I. HANFLING, CHAPTER 7 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.**<br><br>                    Plaintiff,<br><br>    vs.<br><br>**EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5**<br><br>                    Defendant(s) | C.A. No. 05-10077-RGS |

# NOTICE OF APPEARANCE OF ROBERT M. FLEISCHER ON BEHALF OF PLAINTIFF ROBERT I. HANFLING, CHAPTER 7 TRUSTEE FOR ATG, INC. AND <u>ATG CATALYTICS LLC</u>

Pursuant to District of Massachusetts Local Rule 83.5.2(a), please enter the appearance of Robert M. Fleischer of Jacobs Partners LLC, as counsel for Plaintiff Robert I. Hanfling, Chapter 7 Trustee for ATG, Inc. and ATG Catalytics, LLC, in the above-captioned matter.

Respectfully submitted,
ROBERT I. HANFLING, CHAPTER 7
TRUSTEE FOR ATG, INC & ATG
CATALYTICS LLC


 /s/ Robert M. Fleischer
Robert M. Fleischer
Jacobs Partners LLC
383 Main Avenue
Norwalk, CT 06851
Telephone: (203) 846-6622
Facsimile: (203) 846-6621


## CERTIFICATE OF SERVICE

I, Robert M. Fleischer, counsel for the Plaintiff Robert I. Hanfling, Chapter 7 Trustee and ATG Catalytics, LLC, hereby certify that a copy of the foregoing Notice of Appearance has been served on all counsel of record through the Court's CM/ECF Document Filing System and via U.S. Mail on this 19th day of August, 2005.

Paula M. Bagger, Esq.
Marjorie S. Cooke, Esq.
Cooke, Clancy & Gruenthal LLP
265 Franklin Street
Boston, MA 02110

Joseph S. Ayoub, Jr., Esq.
Nancy E. Maroney, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

John P. Coyle, Esq.
John R. Stickman, Esq.
Duncan & Allen
1575 Eye Street NW, Suite 300
Washington, DC 20005


By:   /s/ Robert M. Fleischer
        Robert M. Fleischer
Date:   August 19, 2005