UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.** | |
| Plaintiff, | C.A. No. 05-10077-RGS |
| vs. | |
| **EPSTEIN BECKER & GREEN, P.C., JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5** | |
| Defendant(s) | January 5, 2006 |

### NOTICE OF NAME CHANGE

**PLEASE TAKE NOTICE**, that as of January 1, 2006 **JACOBS PARTNERS, LLC** has changed its name to **MORGENSTERN JACOBS & BLUE, LLC.**  All future reference to the firm in this matter should be to **MORGENSTERN JACOBS & BLUE, LLC.**  The firm's and its lawyers' addresses, and phone numbers have not been affected by this change. However, the email address have been changed to:

      **Mark Jacobs: mjacobs@mjbll.com**
      **Robert M. Fleischer: rfleischer@mjbllc.com**
      **Les L. Lane: llane@mjbllc.com**

Dated this <u>5th</u> day of January 2006 at Norwalk, Connecticut.

                           MORGENSTERN JACOBS & BLUE, LLC

                           By:____/s/ Robert M. Fleischer____
                           Mark R. Jacobs
                           Robert M. Fleischer
                           Leslie L. Lane
                           Merritt View
                           383 Main Avenue
                           Norwalk, Connecticut 06851
                           Telephone:(203) 846-6622
                           Facsimile: (203) 846-6621

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2006, I served a true and correct copy of the foregoing Notice of Name Change by United States mail, postage prepaid and addressed to the following:

Paula M. Bagger, Esq.
Marjorie S. Cooke, Esq.
Nancy Maroney, Esq.
Cooke, Clancy & Gruenthal LLP
265 Franklin Street
Boston, MA 02110

Joseph S. Ayoub, Jr., Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

John P. Coyle, Esq.
John R. Stickman, Esq.
Duncan & Allen
1575 Eye Street NW, Suite 300
Washington, DC 20005
Phone: 202-289-8400
Fax: 202-289-8450


      /s/ Robert M. Fleischer
Robert M. Fleischer