# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT J. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND CATALYTICS LLC | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-10077-RGS |
| EPSTEIN BECKER & GREEN, P.C. JOHN PRESTON, CHRISTOPHER NAGEL, EUGENE BERMAN, ETHAN JACKS, QUANTUM CATALYTICS LLC, ABC CORPS 1 through 5 and JOHN DOES 1 through 5, | ) ) ) ) ) ) ) | |
| Defendants. | ) | June 6, 2006 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that this action be dismissed with prejudice as against Defendants Eugene Berman, Ethan Jacks, John Preston, Christopher Nagel, and Quantum Catalytics LLC, without costs or attorneys' fees, and with all rights of appeal waived.

| | |
|---|---|
| ROBERT J. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. and CATALYTICS LLC<br>By his attorney, | QUANTUM CATALYTICS, LLC, JOHN PRESTON and CHRISTOPHER NAGEL<br>By their attorneys, |
| /s/ Robert M. Fleischer<br>Robert M. Fleischer, Esq.<br>MORGENSTERN JACOBS & BLUE, LLC<br>Merritt View<br>383 Main Avenue<br>Norwalk, CT  06851<br>203.846.6622 | /s/ Joseph S. Ayoub<br>Joseph S. Ayoub, Esq. (BBO # 024900)<br>Nancy E. Maroney, Esq. (BBO #652324)<br>NUTTER MCCLENNEN & FISH, LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>617.439.2000 |

- 2 -

| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C.<br>By its attorneys, | ETHAN JACKS and EUGENE BERMAN,<br>By their attorneys, |
| /s/ Paula M. Bagger<br>Marjorie Sommer Cooke, Esq. (BBO #097800)<br>Paula M. Bagger, Esq. (BBO #547703)<br>COOKE, CLANCY & GRUENTHAL, LLP<br>265 Franklin Street<br>Boston, MA  02110<br>617.428.6800 | /s/ John P. Coyle<br>John P. Coyle, Esq. (BBO #103530)<br>Jon R. Stickman, Esq. (*pro hac vice* pending)<br>DUNCAN & ALLEN<br>1575 Eye Street, NW<br>Suite 300<br>Washington, DC  20005<br>202.289.8400 |

1522945.1