UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.** | |
| Plaintiff, | C.A. No. 05-10077-RGS |
| vs. | |
| **EPSTEIN BECKER & GREEN, P.C.,** et al., | |
| Defendant(s) | July 7, 2006 |

NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE**, that as of June 22, 2006, **MORGENSTERN JACOBS & BLUE, LLC** has changed its name to **JACOBS PARTNERS LLC.** All future reference to the firm in this matter should be to **JACOBS PARTNERS LLC.** The firm's and its lawyers' juris numbers, addresses, and phone numbers have not been affected by this change.

Dated:  Norwalk, Connecticut
          July 7, 2006

                              THE PLAINTIFFS,
                              By their attorneys,
                              JACOBS PARTNERS LLC

                            By: /s/ Robert M. Fleischer
                                 Mark R. Jacobs
                                 Leslie L. Lane
                                 Robert M. Fleischer
                                 Merritt View
                                 383 Main Avenue
                                 Norwalk, Connecticut 06851
                                 Phone: (203) 846-6622
                                 Fax: (203) 846-6621

**Certification of Service**

The undersigned hereby certifies that a copy of the foregoing Notice of Firm Name Change was sent, by first class mail, postage prepaid, on this 7th day of July, 2006, upon the following:

    Paula M. Bagger, Esq.
    Marjorie S. Cooke, Esq.
    Cooke, Clancy & Gruenthal LLP
    265 Franklin Street
    Boston, MA 02110

                                  By: /s/ Robert M. Fleischer
                                       Robert M. Fleischer