**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**ROBERT I. HANFLING, CHAPTER 11 TRUSTEE FOR ATG, INC. AND ATG CATALYTICS L.L.C.**

                        **Plaintiff,**                          **C.A. No. 05-10077-RGS**

        **vs.**

**EPSTEIN BECKER & GREEN, P.C., et al.,**

                        **Defendant(s)**                       **July 18, 2006**

---

**<u>SUPPLEMENTAL AFFIDAVIT OF ROBERT M. FLEISCHER</u>**

I, Robert M. Fleischer, having been duly sworn, deposes and states as follows[1]:

    1.   I am a member in good standing of the Bar of the State of Connecticut and am admitted, *pro hace vice*, to this Court in this action.

    2.   I submit this supplemental affidavit in support of the plaintiff's opposition to the motion for summary judgment filed in the above-captioned matter by defendant Epstein Becker & Green, P.C.

    3.   Attached hereto as Exhibit I is a true and accurate copy of a draft billing invoice issued by EBG to MMT, dated January 12, 1998 (EBG 3674 through EBG 3681) obtained by Plaintiffs from EBG through discovery in this case.

---

[1] This affidavit is supplemental to the affidavit of Robert M. Fleischer filed with the Court on July 7, 2006. The original affidavit contained exhibits A through H.  In order to avoid confusion, the exhibits to this supplemental affidavit begin with  Exhibit "I", picking up where the original affidavit left off.

4.   Attached hereto as Exhibit J are true and accurate copies of selected pages from the transcript of the deposition of Carole Schwartz taken in this case on May 9, 2006, pages 45, 50-51, and 82-84.

5.   Attached hereto as Exhibit K is a true and accurate copy of a draft billing invoice issued by EBG to MMT, dated November 10, 1997 (EBG 3741 through EBG 3747).

6.   Attached hereto as Exhibit L are true and accurate copies of certain business records of MMT pertaining to billing invoices submitted  to MMT in February of 1998, obtained by Plaintiffs from counsel for the MMT Trustee through discovery in this case.

7.   Attached hereto as Exhibit M are true and accurate copies of certain business records of MMT pertaining to billing invoices submitted to MMT in April of 1998, obtained by Plaintiffs from counsel for the MMT Trustee through discovery in this case.

8.   Attached hereto as Exhibit N are true and accurate copies of selected pages from the transcript of the deposition of Alan L. Braunstein, taken in this case on April 10, 2006, pages 53 - 54.

9.   Attached hereto as Exhibit O is a true and accurate copy of a letter dated November 10, 1997 from A .James Andrews to Carole Schwartz Rendon, obtained by Plaintiffs from counsel for the MMT Trustee through discovery in this case.

10. Attached hereto as Exhibit P are true and accurate copies of selected pages from the transcript of the deposition of Eugene Berman, taken in this case on April 13, 2006, pages 32- 38.

11. Attached hereto as Exhibit Q is a true and accurate copy of a two page facsimile dated October 23, 1997, from Latham & Watkins to various parties, obtained by Plaintiffs' counsel from counsel for the MMT Trustee through discovery in this case.

12. Attached hereto as Exhibit R is a true and accurate copy of document titled "Molten Metal Technology, Inc., DOE Subpoena, Contact List", obtained by Plaintiffs from counsel to the MMT Trustee through discovery in this case.

13. Attached hereto as Exhibit S is a true and accurate copy of a letter dated April 7, 1998 from Ethan Jacks to Carole Schwartz Rendon, obtained by Plaintiffs from counsel to the MMT Trustee through discovery in this case.

14. Attached hereto as Exhibit T is a true and accurate copy of a letter dated November 5, 1998 from David W. Babner to Bill Hewitt c/o Glenn D. Burlingame, Esquire, obtained by Plaintiffs from counsel to the MMT Trustee through discovery in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July, 2006.

    __s/Robert M. Fleischer_____
    Robert M. Fleischer

**<u>Certification of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 18th day of July, 2006.

By: <u>/s/ Robert M. Fleischer</u> _____
     Robert M. Fleischer

EXHIBIT 'I'

Motlen Metal Technologies, Inc
400-2 Totten Pond Rd.                           January 12, 1998
Waltham, MA 02154                               *DRAFT*  MEMO 104041

through 12/31/97:

30659/100
General

| | | | |
|---|---|---|---|
| 08/28/97 C.S.Schwartz RendonMeeting w/Kristi Rea re: continued interview. | 2.3 | 540.50 |
| 09/04/97 C.S.Schwartz RendonDrafting letters for Kristi Rea re: payment terms and conflict issues. | .2 | 47.00 |
| 09/10/97 C.S.Schwartz RendonTel. conference w/Karen Green re: Bill Hancy's interview. | .2 | 47.00 |
| 09/16/97 C.S.Schwartz RendonTravel to Molten Metal for meeting with Ethan Jacks re: recent developments. | 3.2 | 752.00 |
| 10/10/97 C.S.Schwartz RendonTelephone conferences with E. Jacks, J. Maguidad, W. Corpening (FBI); meeting with J. Maguidad; telephone conferences with K. Rea and M. Thompson | 3.6 | 846.00 |
| 10/14/97 C.S.Schwartz RendonTelephone conference with B. Froeberg, DOE regarding interview schedule; drafting letters for Josefina Maguidad regarding representation; conference call with G. Berman; telephone conference with K. Rea; telephone conference with C. Nagel. | 2.4 | 564.00 |
| 10/15/97 C.S.Schwartz RendonTravel to Molten Metal for meeting with C. | 4.2 | 987.00 |

**EBG 3674**

Page:   2

Motlen Metal Technologies, Inc

January 12, 1998
*DRAFT*  MEMO 104041

General

| | | | | |
|---|---|---|---|---|
| | | Nagel and G. Berman; telephone conference with K. Green; telehone conference with K. Bender regarding interview schedule. | | |
| 10/16/97 | C.S.Schwartz | Rendon | Telephone conferences with B. Froeberg, G. Berman and M. Guzman | 1.1 | 258.50 |
| 10/17/97 | C.S.Schwartz | Rendon | Telephone conference with B. Froeberg regarding interview schedule; telephone conference with G. Berman | .2 | 47.00 |
| 10/20/97 | C.S.Schwartz | Rendon | Telephone conference with M. Thompson regarding interview; numerous telephone conferences with other MMT employees and B. Froeberg regarding same. | 3.2 | 752.00 |
| 10/21/97 | C.S.Schwartz | Rendon | Meeting with A. Protopapas regarding FBI interview; conference with G. Berman, et al., telephone conference with K. Bender regarding subpoenas; finalizing interview schedule. | 3.4 | 799.00 |
| 10/22/97 | C.S.Schwartz | Rendon | Telephone conference from E. Mark regarding D. Pitts; telephone conference to B. Cobinha regarding same; | 3.2 | 752.00 |

EBG 3675

Page:    3

Motlen Metal Technologies, Inc

January 12, 1998
*DRAFT*  MEMO 104041

General

|  |  |  | | |
|---|---|---|---|---|
|  | review of document subpoenas; telephone conferences with G. Berman, K. Bender, R. Walker and J. Browne; telephone conference with E. Jacks and E. Mark. | | | |
| 10/23/97 C.S.Schwartz Rendon | Review of documents from D. Becker; calls to G. Berman, C. Collete; draft retainer and conflict letters for new clients; review of Browne subpoena and follow-up phone call; telephone conferences with D. Schneider and counsel to V. Gatto. | 6.2 | 1,457.00 | |
| 10/24/97 C.S.Schwartz Rendon | Travel to Molten Metal; conference with J. Campbell, D. Reilly and M. Sullivan; conference call with G. Berman; meeting with C. Collette. | 10.5 | 2,467.50 | |
| 10/27/97 C.S.Schwartz Rendon | FBI interviews of T. Behrens, J. Maguigad, C. Collete and D. Reilly; meeting with T. Behrens; Telephone conference with E. Jacks, Dennis Sawyer (sp) and M. Guzman | 11.3 | 2,655.50 | |
| 10/28/97 C.S.Schwartz Rendon | Telephone conference with E. Jacks, J. Browne, C. Nagel and K. Rea; interview of E. Ghoniem and preparation | 6.9 | 1,621.50 | |

**EBG 3676**

Page:   4

Motlen Metal Technologies, Inc

January 12, 1998
*DRAFT*  MEMO 104041

General

| | | | | |
|---|---|---|---|---|
| | | of E. Ghoniem. | | |
| 10/29/97 | C.S.Schwartz Rendon | Travel to Molten Metal Technologies for meetings with B. Payea, M. Sullivan and K. Rea; meeting with I. Yates and FBI interview regarding same; telephone conference with E. Jacks, D. Schneider and G. Berman | 10.2 | 2,397.00 |
| 10/30/97 | C.S.Schwartz Rendon | Telephone conferences with E. Jacks, B. Codinha, K. Green, M. Lundrum, J. Coyle and others; FBI interviews of C. Nagel and S. Blanchard | 10.0 | 2,350.00 |
| 10/31/97 | C.S.Schwartz Rendon | Meeting with M. Thompson and prepare for interview; interviews with M. Thompson, A. Protopapas and J. Campbell; telephone conferences with D. Hoey, D. Schneider | 5.5 | 1,292.50 |
| 11/06/97 | C.S.Schwartz Rendon | Telephone conferences with D. Schneider and L. Ghoniem regarding update | .7 | 164.50 |
| 11/07/97 | C.S.Schwartz Rendon | Telephone conferences to D. Schneider; telephone conference with M. Guzman; telephone conference with C. Nagel's secretary regarding subpoena; telephone | 3.4 | 799.00 |

**EBG 3677**

Page:    5

Motlen Metal Technologies, Inc

January 12, 1998
*DRAFT*  MEMO 104041

General

|  |  |  | conferences with L. Ghoniem. |  |  |
|---|---|---|---|---|---|
| 11/10/97 | C.S.Schwartz | Rendon | Telephone conferences with E. Jacks, B. Froeberg, J. Browne, K. Santoro regarding FBI interviews; drafting letters to D. Schneider regarding employment dates; continued work on subpoena responses | 5.3 | 1,245.50 |
| 11/11/97 | C.S.Schwartz | Rendon | Telephone conferences to K. Green, M. Sullivan, K. Rea and B. Froehberg regarding FBI interviews | 1.3 | 305.50 |
| 11/12/97 | C.S.Schwartz | Rendon | Meeting with K. Green regarding preparation for M. Sullivan; meeting with M. Sullivan to prepare for FBI interview; FBI interview of M. Sullivan. | 7.5 | 1,762.50 |
| 11/13/97 | C.S.Schwartz | Rendon | Meeting with K. Rea regarding preparation for FBI interview; FBI interview of K. Rea; telephone conference with E. Jacks. | 6.5 | 1,527.50 |
| 11/14/97 | M.R. Anderson |  | Prepare documents for production to FBI | .2 | 17.00 |
| 11/14/97 | C.S.Schwartz | Rendon | Telephone conference with E. Jacks regarding update; telephone conference with J. Balch regarding representation; telephone conference | 4.2 | 987.00 |

**EBG 3678**

Page:    6

Motlen Metal Technologies, Inc

January 12, 1998
*DRAFT*  MEMO 104041

General

|          |              |                                                                                                                                                          |     |        |
|----------|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
|          |              | with D. Schneider regarding same; preparation of documents for subpoena response.                                                                        |     |        |
| 11/17/97 | M.R. Anderson | Prepare documents for copying; T.T. copy centers re: status                                                                                              | .4  | 34.00  |
| 11/17/97 | C.S.Schwartz Rendon | Telephone conference with Kathleen regarding C. Shaver's subpoena; finalizing documents for production; telephone conferences with D. Schneider, E. Jacks, D. Saylor, J. Andrews, B. Froehberg and G. Nicholas. | 4.1 | 963.50 |
| 11/18/97 | M.R. Anderson | Prepare documents for production                                                                                                                         | .7  | 59.50  |
| 11/18/97 | C.S.Schwartz Rendon | Telephone conference from B. Froehberg regarding J. Browne and other issues; drafting letter to C. Shaver regarding subpoena; telephone conerence with M. Thompson regarding subpoena. | 1.1 | 258.50 |
| 11/19/97 | C.S.Schwartz Rendon | Telephone conference from M. Thompson regarding subpoena; telephone conference from J. Balch regarding FBI interview; telephone conferences to E. Jacks, B. Froeberg and G. Nicholas; preparation | 1.9 | 446.50 |

**EBG 3679**

Page:   7

Motlen Metal Technologies, Inc

January 12, 1998
*DRAFT*  MEMO 104041

General

| | | | | |
|---|---|---|---|---|
| | of third document package regarding grand jury subpoenas; telephone conference with K. Green. | | | |
| 11/20/97 M.E. Basile | Meeting w/Carole Schwartz Rendon and Jean Balch to prepare Ms. Balch for her interview w/FBI; attend interview at FBI offices and take notes of interview | 5.2 | 832.00 | |
| 11/20/97 C.S.Schwartz Rendon | Meeting with J. Balch to prepare for FBI interview; FBI interview of J. Balch. | 5.8 | 1,363.00 | |
| 11/21/97 C.S.Schwartz Rendon | Telephone conference with J. Andrews regarding R. Walker; telephone conference to R. Walker regarding representation; drafting letters for J. Balch regarding representation; telephone conference to B. Froehberg regarding schedule. | .8 | 188.00 | |
| 11/25/97 C.S.Schwartz Rendon | Telephone conferences with G. Berman and R. Walker; telephone conference with D. Schneider | .4 | 94.00 | |
| 12/16/97 M.R. Anderson | Review documents; T.T. Copy Center re: billing | .1 | 8.50 | |

Total Hours  137.4

**EBG 3680**

Page:    8

Motlen Metal Technologies, Inc

January 12, 1998
*DRAFT*  MEMO 104041

General

Total For Services    $31,689.00

Disbursements Made on Behalf of Client:

| | |
|---|---:|
| Local Transportation EPSTEIN BECKER & GREEN, P.C. 10/97 BOS P.CASH | 40.00 |
| Local Transportation LIMOUSINES INC. 21426 | 241.50 |
| Telephone | 57.75 |
| Fax/Telex | 33.00 |
| Postage | 1.19 |
| Photocopies | 33.60 |
| Air Courier | 28.00 |
| Meals | 14.70 |
| Parking/Mileage/Tolls/Rental | 86.00 |
| Travel Expense - Taxis | 383.00 |
| Outside Photocopy | 106.22 |
| Outside Messenger Service | 21.65 |

Disbursements Total    $1,046.61

### ATTORNEY SUMMARY

| Attorney | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| M.E. Basile | 5.20 | 160.00 | 832.00 |
| M.R. Anderson | 1.40 | 85.00 | 119.00 |
| C.S.Schwartz Rendon | 130.80 | 235.00 | 30,738.00 |
| Total all Attorneys | 137.40 | 230.63 | 31,689.00 |

Total This Invoice    $32,735.61

**EBG 3681**

# EXHIBIT 'J'

Page 45

1     committee?

2  A    Only in the most general terms.  I have not

3     seen it or reviewed it since then.  It's many

4     years ago.

5  Q    What do you recall generally about that

6     statement?

7  A    That Chris' focus was on how the Molten Metal

8     bath itself works.

9  Q    Was he getting into issues concerning the

10    technology itself?

11  A   In general terms, but geared towards the

12    audience.

13  Q   The audience being?

14  A   Members of Congress.

15  Q   Do you recall thinking back to the time of the

16    events in question here 1997, 1998, do you

17    recall what Ethan Jacks' position with MMT

18    was?

19  A   Yes, he was general counsel.

20  Q   You didn't personally represent Mr. Jacks; is

21    that correct?

22  A   That's correct, I did not.

23  Q   Do you recall conferring with Mr. Jacks on a

24    regular basis?

25  A   I did confer with Mr. Jacks as appropriate in

2fd1eabc-05d5-4056-8827-0834d05023d0

Page 50

1  Q  Do you recall any discussion with Ethan Jacks
2     concerning the substance of testimony to be
3     given by any of the MMT employees?

4  A  In advance of the MMT employees being
5     interviewed, no.  He may or may not have been
6     given a copy of the memorandum that was marked
7     earlier in my deposition, I don't recall.

8  Q  Are you referring to --

9  A  I'm referring to Exhibit C.  Yes, it's
10    addressed to Ethan Jacks.  He would have
11    received that, yes.

12  Q  Exhibit C is a draft.

13  A  Exhibit F.

14  Q  You do believe that you would have given that
15    document to Mr. Jacks?

16  A  Yes, I do believe I did.

17  Q  Actually I do want to talk to you about the
18    document.  We will come back to that in a few
19    moments.  You know who Eugene Berman is?

20  A  Yes.

21  Q  Was Eugene Berman a client of yours?

22  A  No, he was not.

23  Q  Do you recall what -- how did you know Eugene
24    Berman?

25  A  He worked at Molten Metal Technology.  Without

2fd1eabc-05d5-4056-8827-0834d05023d0

Page 51

1   looking at a document I can't recall his exact

2   position.

3 Q Did you have any direct dealings with

4   Mr. Berman?

5 A You mean conversations?

6 Q Yes.

7 A Yes, I did.

8 Q Do you recall how periodically you would speak

9   with Mr. Berman?

10 A Off the top of my head, no.  I did speak to

11   him on occasion.

12 Q What were the nature of your discussions with

13   Mr. Berman?

14 A To the best of my memory they would have been

15   similar to the nature of my conversations with

16   Mr. Jacks.

17 Q Again, do you recall if you had any

18   discussions concerning strategic matters with

19   Mr. Berman?

20 A Not that I recall.  I don't recall

21   conversations about planning any kind of

22   strategy.  The only thing that might fit into

23   that category is a discussion in which

24   Mr. Berman may have participated in connection

25   with the Congressional hearing, sort of making

FINCUN-MANCINI -- THE COURT REPORTERS
(216) 696-2272

2fd1eabc-05d5-4056-8827-0834d05023d0

Page 82

1    Do you recall the basis for that statement?

2         MS. BAGGER:     I'm going to object

3    to the form of the question and its

4    characterization.

5  A    I do not recall specifically why I wrote that

6    as I did, that the investigators began the

7    process with the understanding that the

8    technology does not work and that the PRDA was

9    a colossal waste of money, other than it must

10   have been something that I gleaned from the

11   tone and/or content of their questions.

12 Q    Do you recall whether or not -- strike that.

13        Do you recall the extent to which the

14   questioning of the witnesses during the

15   investigation did relate to issues concerning

16   the technology and its operation?

17 A    I recall that there were questions regarding

18   the technology and its operation.  I do not

19   recall that being the focal point of the

20   interviews.

21 Q    What do you recall was the focal point?

22 A    Principally issues associated with campaign

23   finance contributions.  Both in terms of

24   individual contributions and events.  There

25   were a lot of questions about specific

FINCUN-MANCINI -- THE COURT REPORTERS
(216) 696-2272

2fd1eabc-05d5-4056-8827-0834d05023d0

Page 83

1    campaign events and appearances by candidates

2    at various events.   Questions regarding

3    relationships between various individuals.

4    You know, a list of do you know person A, do

5    you know person B, do you know what kind of a

6    relationship person A has with person B.   Then

7    questions regarding the PRDA and as I recall

8    reissuance of the PRDA, and dollar figures

9    associated with the PRDA.

10   Q   You don't recall why they would have thought

11       it was a colossal waste of money?

12           MS. BAGGER:        Objection to the form

13       of the question and its characterization.

14   A   Must have been something I gleaned from the

15       tone or content of some of their questions to

16       some of my clients, no.

17   Q   Do you recall there were specific questions

18       concerning the technology?

19   A   I do recall my clients talking, some of my

20       clients, not all of them, talking about the

21       technology in the course of the interviews.

22   Q   Do you recall though that there were questions

23       presented to your clients concerning the

24       technology?

25   A   Specifically how the issue came up, I don't

FINCUN-MANCINI -- THE COURT REPORTERS
(216)696-2272

2fd1eabc-05d5-4056-8827-0834d05023d0

Page 84

1          recall sitting here so many years later.

2    Q    You did testify that you do recall the name

3          Earl McConchie?

4    A    Yes.

5    Q    Again, when did you first hear that name?

6    A    If you show me my time sheets I might be able

7          to tell you, because there is an entry in my

8          time sheets reflecting the fact Chris Nagel

9          called me regarding him, and I did review my

10         time sheets in preparation for my deposition.

11                   (Exhibit N

12                   Marked for identification.)

13   Q    The court reporter just handed you what is

14         marked as Exhibit M.

15   A    I believe it's N, as in Nancy.

16   Q    If you could please take a look at that.

17   A    I have looked at it.

18   Q    Is this the set of time records you referred

19         to a moment ago, or was there another set?

20              MS. BAGGER:          Objection,

21         foundation.

22   A    I don't know, but I do recollect the time

23         entry I was referring to on April 20th.

24   Q    Where does that appear?

25   A    It appears on the fourth page of Exhibit N.

FINCUN-MANCINI -- THE COURT REPORTERS
(216) 696-2272

2fd1eabc-05d5-4056-8827-0834d05023d0

EXHIBIT 'K'

Page:    4

Motten Metal Technologies, Inc

November 10, 1997
*DRAFT*  MEMO  95324

General

|  |  |  |  |
|---|---|---|---|
| | regarding interview schedule; telephone conference with G. Berman | | |
| 10/20/97 C.S.Schwartz RendonTelephone conference with M. Thompson regarding interview; numerous telephone conferences with other MMT employees and B. Froeberg regarding same. | | 3.2 | 752.00 |
| 10/21/97 C.S.Schwartz RendonMeeting with A. Protopapas regarding FBI interview; conference with G. Berman, et al., telephone conference with K. Bender regarding subpoenas; finalizing interview schedule. | | 3.4 | 799.00 |
| 10/22/97 C.S.Schwartz RendonTelephone conference from E. Mark regarding D. Pitts; telephone conference to B. Cobinha regarding same; review of document subpoenas; telephone conferences with G. Berman, K. Bender, R. Walker and J. Browne; telephone conference with E. Jacks and E. Mark. | | 3.2 | 752.00 |
| 10/23/97 C.S.Schwartz RendonReview of documents from D. Becker; calls to G. Berman, C. Collete; draft retainer | | 6.2 | 1,457.00 |

EBG 3744

Motlen Metal Technologies, Inc
400-2 Totten Pond Rd.
Waltham, MA 02154

November 10, 1997
*DRAFT* MEMO 95324

through 10/31/97:

30659/100
General

| | | | |
|---|---|---|---|
| 08/05/97 C.S.Schwartz Rendon | Meeting w/Ethan Jacks, Gene Burman, Mike Kendall and Karen Green re: pending investigations. | 3.5 | 822.50 |
| 08/06/97 C.S.Schwartz Rendon | Meeting w/numerous Molten Metal employees in preparation for FBI interviews. | 13.5 | 3,172.50 |
| 08/07/97 C.S.Schwartz Rendon | Interviews at FBI w/various MMT employees. | 13.5 | 3,172.50 |
| 08/08/97 C.S.Schwartz Rendon | Meetings at Moten Metal re: FBI interviews; telephone conference w/Joe Savage; meeting w/Mike Guzmann re: PRDA. | 7.5 | 1,762.50 |
| 08/11/97 C.S.Schwartz Rendon | Tel. conference call w/Gene Burmann and others; tel. calls w/Kristy Rea and Marc Thompson. | 2.0 | 470.00 |
| 08/12/97 C.S.Schwartz Rendon | Meeting at MMT w/Gene Burmann, Charles Shaver and Kristy Rea. | 3.0 | 705.00 |
| 08/13/97 C.S.Schwartz Rendon | Travel to D.C. for FBI interviews re: Shaver and Payea. | 11.5 | 2,702.50 |
| 08/15/97 C.S.Schwartz Rendon | Review of doc. from Joe Savage; drafting letters re: representation of ORMT employees, review of notes for interviews; | 4.0 | 940.00 |

**EBG 3741**

Page:    2

Motlen Metal Technologies, Inc                     November 10, 1997
                                                   *DRAFT*  MEMO  95324


General
                          tel. conference w/Mike
                          Guyman.
08/18/97 C.S.Schwartz Rendon Preparation of letters        3.0       705.00
                          re: representation
                          issues; conversation
                          w/Mike Guzran re:
                          update; tel. calls to
                          Karen Guen, Krutz Rea
                          and Gine Bunan.
08/20/97 C.S.Schwartz Rendon Meeting w/Kristy Rea;         3.5       822.50
                          review of documents.
08/21/97 C.S.Schwartz Rendon Tel. conference w/Gene        2.0       470.00
                          Bunan, drafting memo
                          re: summary of
                          information recurred;
                          tel. call to Karen
                          Green.
08/25/97 C.S.Schwartz Rendon Telephone conferences         4.9     1,151.50
                          w/Karen Green, Gene
                          Berman and various MMT
                          Employees re: current
                          developments;
                          finalyzing summary of
                          witness interviews.
08/26/97 C.S.Schwartz Rendon Tel. conference               .9       211.50
                          w/Kristy Rea; tel. call
                          to Elton Jacks; tel.
                          call from David Hoey.
08/27/97 C.S.Schwartz Rendon Review of documents           .5       117.50
                          regarding Campaign
                          Contributions.
08/28/97 C.S.Schwartz Rendon Meeting w/Kristi Rea          2.3       540.50
                          re: continued
                          interview.
09/04/97 C.S.Schwartz Rendon Drafting letters for          .2        47.00
                          Kristi Rea re: payment
                          terms and conflict
                          issues.
09/10/97 C.S.Schwartz Rendon Tel. conference w/Karen       .2        47.00

**EBG 3742**

Page:    3

Motlen Metal Technologies, Inc                    November 10, 1997
                                                  *DRAFT* MEMO 95324

General

|            |                   |                                                                                                                                                                                  |      |        |
|------------|-------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
|            |                   | Green re: Bill Hancy's interview.                                                                                                                                                  |      |        |
| 09/16/97   | C.S.Schwartz Rendon | Travel to Molten Metal for meeting with Ethan Jacks re: recent developments.                                                                                                      | 3.2  | 752.00 |
| 10/10/97   | C.S.Schwartz Rendon | Telephone conferences with E. Jacks, J. Maguidad, W. Corpening (FBI); meeting with J. Maguidad; telephone conferences with K. Rea and M. Thompson                                  | 3.6  | 846.00 |
| 10/14/97   | C.S.Schwartz Rendon | Telephone conference with B. Froeberg, DOE regarding interview schedule; drafting letters for Josefina Maguidad regarding representation; conference call with G. Berman; telephone conference with K. Rea; telephone conference with C. Nagel. | 2.4  | 564.00 |
| 10/15/97   | C.S.Schwartz Rendon | Travel to Molten Metal for meeting with C. Nagel and G. Berman; telephone conferencewith K. Green; telehone conference with K. Bender regarding interview schedule.               | 4.2  | 987.00 |
| 10/16/97   | C.S.Schwartz Rendon | Telephone conferences with B. Froeberg, G. Berman and M. Guzman                                                                                                                   | 1.1  | 258.50 |
| 10/17/97   | C.S.Schwartz Rendon | Telephone conference with B. Froeberg                                                                                                                                             | .2   | 47.00  |

EBG 3743

Page:   4

Motlen Metal Technologies, Inc                    November 10, 1997
                                                  *DRAFT*  MEMO  95324


General

|  |  |  |  |
|---|---|---|---|
| | regarding interview schedule; telephone conference with G. Berman | | |
| 10/20/97 C.S.Schwartz Rendon | Telephone conference with M. Thompson regarding interview; numerous telephone conferences with other MMT employees and B. Froeberg regarding same. | 3.2 | 752.00 |
| 10/21/97 C.S.Schwartz Rendon | Meeting with A. Protopapas regarding FBI interview; conference with G. Berman, et al., telephone conference with K. Bender regarding subpoenas; finalizing interview schedule. | 3.4 | 799.00 |
| 10/22/97 C.S.Schwartz Rendon | Telephone conference from E. Mark regarding D. Pitts; telephone conference to B. Cobinha regarding same; review of document subpoenas; telephone conferences with G. Berman, K. Bender, R. Walker and J. Browne; telephone conference with E. Jacks and E. Mark. | 3.2 | 752.00 |
| 10/23/97 C.S.Schwartz Rendon | Review of documents from D. Becker; calls to G. Berman, C. Collete; draft retainer | 6.2 | 1,457.00 |

**EBG 3744**

Page:    5

Motlen Metal Technologies, Inc                          November 10, 1997
                                                        *DRAFT*  MEMO  95324

General

| | | | | |
|---|---|---|---|---|
| | | and conflict letters for new clients; review of Browne subpoena and follow-up phone call; telephone conferences with D. Schneider and counsel to V. Gatto. | | |
| 10/27/97 | C.S.Schwartz | RendonFBI interviews of T. Behrens, J. Maguigad, C. Collete and D. Reilly; meeting with T. Behrens; Telephone conference with E. Jacks, Dennis Sawyer (sp) and M. Guzman | 11.3 | 2,655.50 |
| 10/28/97 | C.S.Schwartz | RendonTelephone conference with E. Jacks, J. Browne, C. Nagel and K. Rea; interview of E. Ghoniem and preparation of E. Ghoniem. | 6.9 | 1,621.50 |
| 10/29/97 | C.S.Schwartz | RendonTravel to Molten Metal Technologies for meetings with B. Payea, M. Sullivan and K. Rea; meeting with I. Yates and FBI interview regarding same; telephone conference with E. Jacks, D. Schneider and G. Berman | 10.2 | 2,397.00 |
| 10/30/97 | C.S.Schwartz | RendonTelephone conferences with E. Jacks, B. Codinha, K. Green, M. Lundrum, J. Coyle and others; FBI interviews of C. Nagel and S. Blanchard | 10.0 | 2,350.00 |
| 10/31/97 | C.S.Schwartz | RendonMeeting with M. | 5.5 | 1,292.50 |

**EBG 3745**

Page:    6

Motlen Metal Technologies, Inc                          November 10, 1997
                                                        *DRAFT*  MEMO  95324

General

                        Thompson and prepare
                        for interview;
                        interviews with M.
                        Thompson, A. Protopapas
                        and J. Campbell;
                        telephone conferencs
                        with D. Hoey, D.
                        Schneider

                                Total Hours  150.6

                                    Total For Services   $35,391.00

Disbursements Made on Behalf of Client:

        Local Transportation EPSTEIN BECKER & GREEN,           40.00
            P.C. 10/97 BOS P.CASH

        Telephone                                              37.58
        Photocopies                                            27.80
        Outside Messenger Service                              21.65


        Disbursements Total                                   $127.03


                ATTORNEY SUMMARY

                            Hours      Billed      Bill
Attorney                    Worked    Per Hour    Amount
-------------------------   ------    --------    --------
C.S.Schwartz Rendon         150.60     235.00     35,391.00
=======================   ========   ========   =========
Total all Attorneys         150.60     235.00     35,391.00

        Total This Invoice                              $35,518.03



                                                **EBG 3746**

EXHIBIT 'L'



| 09-FEB-98 | VENDOR NAME: | EPSTEIN BECKER & GRE | | VENDOR NO.: 4718 | 40785 |
| INVOICE NO. | INVOICE DATE | DESCRIPTION | DISCOUNT AMOUNT | NET AMOUNT |
| 58/1 6 | FEB-98 | SERVICES RENDERED THRU 1/31/98 | 0.00 | 4,059.91 |
| | | | 0.00 | 4,059.91 |



| | CHECK DATE | CHECK NUMBER | CHECK AMOUNT |

LTEN METAL TECHNOLOGY, INC. D.I.P.

40785

7627

IXE BUSINESS FORMS   1-800-328-0304

D041632/OE2605.EPS



SHIP TO: ☐ Molten Metal Technology, Inc.    SOLD TO: ☐ Molten Metal Technology, Inc.
421 Currant Road                                    400-2 Totten Pond Road
Fall River, MA 02720                              Waltham, MA 02154

**Molten Metal Technology**

PURCHASE REQUISITION          ☐ Other _____     PR# 038495

SHADED AREA FOR PURCHASING ONLY

| SUGGESTED VENDORS – IF NEW VENDOR, ADDRESS NEEDED | PURCHASE ORDER NO. | |
|---|---|---|

Epstein, Becker & Green
75 State St.
Boston MA 02109

| DATE REQUIRED IN OUR PLANT | SHIP VIA |
| TERMS | PRICE & DELIVERY CONFIRMED BY |

| SUPPLIER TELEPHONE / FAX NO. | ACCT. REF. NO. | F.O.B. | | DATE |

| PROJECT CODE | W.O. NO. | DELIVER TO: | ☐ COMPETITIVELY BID  ☐ MMT Contract Agreement Required |
| DEPARTMENT / G.L. CODE | COMMODITY CODE: | RECEIPT REQUIRED  Yes ☐  No ☐   BUYER INITIAL |

P.O. TYPE (circle one)  S . B . C     ☐ TAX EXEMPT
☐ PLEASE CHECK HERE IF REQUEST FOR QUOTE ONLY    ☐ MAIL P.O.    ☐ FAX P.O.    ☐ CONFIRMING ONLY

| Check Required | | Check Only:  FOR INTERNAL USE ONLY - DO NOT PROCESS ORDER. | | Budgeted | |
|---|---|---|---|---|---|
| Yes | No | | Yes | No | Yes | No |

Special Instructions: (e.g. Send Check with Order)

| MMT PART NO. | QUANTITY | UNIT | DESCRIPTION & CATALOG NO. / COMMODITY CODE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | Services Rendered: | | |
| | | | Through Jan'31 '98 | | |
| | | | - Rhonda Walker | | 3,555.91 |
| | | | Services - Through 2/5/98 | | |
| | | | Chris Nangeroni | | 504.00 |
| | | | ENTERED FEB 0 9 1998 | | |
| | | | | | |
| | | | | | |

| Equipment used on/or Project description | PROJECT LOCATION | REQUISITION TOTAL | 4,059.91 |
|---|---|---|---|
| | ☐ Waltham  ☐ Oak Ridge | Q.A. Authorization Required?  ☐ Yes  ☐ No | |
| | ☐ Fall River | Q.A. Inspector | |
| | ☐ | | |

REQUISITIONER'S SIGNATURE          MANAGER
DARY PATTINSON                              GENE BERTAN & GORDON BITTE
PRINT NAME AND PHONE NUMBER          PRINT NAME

# EPSTEIN  BECKER  &  GREEN,  P.C.

75 State Street
Boston, Massachusetts 02109
Central Switchboard No.: (617) 342-4000
Facsimile Telephone: (617) 342-4001

### Facsimile Cover Sheet

Our File No.

Addressee (Firm):                      Molten Metal Technology, Inc.

For the Attention of:                  Ethan Jacks, Esq.

Addressee **Facsimile** Telephone No.    781-487-7658

Addressee **Telephone** Telephone No.

From:                                  Carole Schwartz Rendon, Esq.

Date:                                  February 9, 1998

No. of Pages: __6__ including cover sheet

RE:

IF YOU DO NOT RECEIVE  ALL  THE  PAGES, OR THEY ARE NOT LEGIBLE,
PLEASE CALL AS SOON AS POSSIBLE AT:  (617) 342-4000
ASK FOR FACSIMILE  OPERATOR

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL, AND IS INTENDED ONLY FOR THE USE OF THE NAMED ADDRESSEE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED ADDRESSEE, OR THE PERSON RESPONSIBLE TO DELIVER IT TO THE NAMED ADDRESSEE, YOU ARE HEREBY NOTIFIED THAT ANY USE OF THIS FACSIMILE OR ITS CONTENTS, INCLUDING DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY EPSTEIN BECKER & GREEN BY TELEPHONE AT (617) 342-4000, AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS, VIA MAIL.  WE WILL REIMBURSE YOUR TELEPHONE AND POSTAGE EXPENSE FOR DOING SO.  THANK YOU.

## MESSAGE:

EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

75 STATE STREET

BOSTON, MASSACHUSETTS 02109

(617) 342-4000

FAX (617) 342-4001

250 PARK AVENUE
NEW YORK, NEW YORK 10177-0077
(212) 351-4500

1227 25TH STREET, N.W.
WASHINGTON, D.C. 20037-1156
(202) 861-0900

1875 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2601
(213) 556-8861

SIX LANDMARK SQUARE
STAMFORD, CONNECTICUT 06901-2704
(203) 348-3737

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102
(201) 642-1900

TWO EMBARCADERO CENTER
SAN FRANCISCO, CALIFORNIA 94111-3994
(415) 398-3500

12750 MERIT DRIVE
DALLAS, TEXAS 75251-1209
(972) 490-3143

2400 SOUTH DIXIE HIGHWAY, SUITE 100
MIAMI, FLORIDA 33133-3141
(305) 358-1100

510 KING STREET, SUITE 301
ALEXANDRIA, VIRGINIA 22314-3132
(703) 684-1304

P.C. NEW YORK, WASHINGTON, D.C.
CONNECTICUT, VIRGINIA, NEW JERSEY
MASSACHUSETTS AND TEXAS ONLY

February 6, 1998

BY FACSIMILE AND FIRST CLASS MAIL

Gene Berman, Esq.
Molten Metal Technology, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

 Re: Representation of Molten Metal Employees

Dear Gene:

 Pursuant to your voice mail message yesterday, enclosed herein please find an invoice reflecting the work I have done to date for Rhonda Walker in the connection with the Department of Energy and FBI's investigation of Molten Metal Technology. I also have enclosed a bill for the limited amount of work I have done very recently for Chris Nagel in connection with his upcoming testimony before Congress.

 You should note that, by prior agreement with Ms. Walker as a result of her personal financial situation, she was billed at a 50% discount. As a result of the fact that our computer only produces bills at my standard rate, the attached invoice reflects only half of the time I actually spent on each of the items indicated. If Molten Metal Technology is willing to reimburse me at my normal rate of $240/hour for the work I did for Ms. Walker, the total invoice would be $6,939.91, including disbursements. Having agreed to a substantially reduced rate for Ms. Walker, I did not feel that I could charge MMT a different rate for that work without your prior consent. As you may well imagine, however, your ability to reimburse me at my full rate for the work I did for Ms. Walker would help alleviate some of the

Gene Berman, Esq.
February 6, 1998
Page 2

difficulty I experienced as a result of our unfortunate billing
situation last November and December.

Finally, as we discussed, it would be extremely helpful if
these two invoices could be paid prior to my trip to Washington
D.C. next week in connection with my representation of Chris
Nagel. If you have any questions or concerns, please do not
hesitate to contact me.

Very truly yours,

Carole Schwartz Rendon

Enclosures

cc:  Ethan Jacks, Esq.

## EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
75 STATE STREET
BOSTON, MASSACHUSETTS 02109

(617) 342-4000
FACSIMILE (617) 342-4001

February 6, 1998

Molten Metal Technology, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

FOR PROFESSIONAL SERVICES RENDERED

Re:  Chris Nagel

FOR PROFESSIONAL SERVICES RENDERED to Chris Nagel through and including February 5, 1998.

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 1/28/98 | C. S. Rendon | Conference call with Gene Berman, Ethan Jacks, and counsel for various MMT employees re: upcoming congressional hearings and recent grand jury appearances | 1.5 | 360.00 |
| 2/4/98 | C. S. Rendon | Telephone conference with Karen Green re: campaign contribution information and memoranda, review of materials sent by Karen Green. | .4 | 96.00 |
| 2/5/98 | C. S. Rendon | Telephone conference with Chris Nagel re: developments and scheduling issues | .2 | 48.00 |

Attorney Summary:

| Attorney | Hours Worked | Billed Per Hour | Bill Amount |
|----------|--------------|-----------------|-------------|
| C.S. Rendon | 2.1 | 240.00 | 504.00 |

TOTAL THIS INVOICE:                                                    $504.00

PLEASE INCLUDE OUR REFERENCE NUMBER ON YOUR CHECK

## EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
75 STATE STREET
BOSTON, MASSACHUSETTS 02109

(617) 342-4000
FACSIMILE: (617) 342-4001

February 6, 1998

Molten Metal Technology, Inc.
400-2 Totten Pond Road
Waltham, MA 02154

FOR PROFESSIONAL SERVICES RENDERED

Client/Matter No. 30668/1

Rhonda Walker

FOR PROFESSIONAL SERVICES RENDERED to Rhonda Walker through and including January 31, 1998.

| | | | | |
|---|---|---|---|---|
| 1/6/98 | C.S. Rendon | Meeting in Knoxville with Rhonda Walker in preparation for FBI interview; travel back to Boston from Knoxville | 6.7 | 1,574.50 |
| 1/12/98 | C.S. Rendon | Drafting letter to Rhonda Walker regarding grand jury subpoena | .1 | 23.50 |
| 1/22/98 | C.S. Rendon | Telephone conference with Rhonda Walker regarding trip to D.C. on 1/23/98 | .1 | 23.50 |
| 1/23/98 | C.S. Rendon | Travel to Washignton for meeting with Task Force prosecutor; Rhonda Walker's testimony before grand jury | 7.5 | 1,762.50 |

|  | | |
|---|---|---|
| Total Hours: | 14.4 | |
| Total For Services: | | $3,384.00 |

Disbursements Made on Behalf of Client:

| | |
|---|---|
| Meals: | 37.83 |
| Travel Expense - Lodging: | 134.08 |
| Disbursements Total: | $171.91 |

PLEASE INCLUDE OUR REFERENCE NUMBER ON YOUR CHECK

Attorney Summary:

| Attorney | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C.S. Rendon | 14.40 | 235.00 | 3,384.00 |

TOTAL THIS INVOICE:                                              $3,555.91

EXHIBIT 'M'



| INVOICE NO. | INVOICE DATE | DESCRIPTION | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 1250 | 13-APR-98 | BILL PD 2/5-3/31/98: DOE INVEST | 0.00 | 2,375.71 |
| 1251 | 13-APR-98 | BILL PD 2/27-3/31/98: DOE INVES | 0.00 | 3,454.50 |
| 1348 | 15-APR-98 | TRAVEL EXPENSES | 0.00 | 282.30 |
| | | | 0.00 | 6,112.51 |

VENDOR NAME: EPSTEIN BECKER & GRE    VENDOR NO.: 4718

E20-MAY-98



MOLTEN METAL TECHNOLOGY, INC. D.I.P.

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|

**Six Thousand One Hundred Twelve Dollars And 51 Cents************

TO THE    EPSTEIN BECKER & GREEN P.C.
ORDER OF    75 STATE STREET
BOSTON, MA 02109

CHECKS OVER $5,000 REQUIRE DUAL SIGNATURE

AUTHORIZED SIGNATURE

⑈042128⑈ ⑈011001331⑈ 110 0937836⑈

MOLTEN METAL TECHNOLOGY, INC. D.I.P.

42128

7626

EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

75 STATE STREET

BOSTON, MASSACHUSETTS 02109[†]

(617) 342-4000

FAX: (617) 342-4001

250 PARK AVENUE
NEW YORK, NEW YORK 10177-0077[†]
(212) 351-4500

1227 25TH STREET, N.W.
WASHINGTON, D.C. 20037-1156[†]
(202) 861-0900

1875 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2501
(213) 556-8861

SIX LANDMARK SQUARE
STAMFORD, CONNECTICUT 06901-2704[†]
(203) 348-3737

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102[†]
(201) 642-1900

TWO EMBARCADERO CENTER
SAN FRANCISCO, CALIFORNIA 94111-5994
(415) 398-3500

12750 MERIT DRIVE
DALLAS, TEXAS 75251-1209[†]
(972) 490-3143

2400 SOUTH DIXIE HIGHWAY, SUITE 100
MIAMI, FLORIDA 33133-3141
(305) 856-1100

510 KING STREET, SUITE 301
ALEXANDRIA, VIRGINIA 22314-3132[†]
(703) 684-1204

[†]P.C. NEW YORK, WASHINGTON, D.C.
CONNECTICUT, VIRGINIA, NEW JERSEY
MASSACHUSETTS AND TEXAS ONLY

April 20, 1998

BY OVERNIGHT MAIL

Gene Berman
Molten Metal Technology
421 Currant Road
Fall River, MA 02720

Re:  Campaign Finance Task Force Investigation

Dear Gene:

Enclosed herein, please find three separate bills, which include charges for my time as well as disbursements through the end of March, 1998. As I indicated in my prior voice mail message, to enable us to better track the time expenditures, I have divided my current Molten Metal Technology clients into three separate matters: Chris Nagel, Rhonda Walker, and William Boland, et al. As you will note, the total of the three bills through the end of March, 1998, including disbursements, is $6,112.51.

I appreciate your continued prompt attention to these matters. Please do not hesitate to contact me if you have any questions or concerns regarding the enclosed bills.

Very truly yours,

Carole Schwartz Rendon

OK. / SEE INDIVIDUAL INVOICES
TO PAY

cc:  Ethan Jacks, Esq. (w/enclosure)
     William Boland, Jr. (w/enclosure)

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
75 STATE STREET
BOSTON, MASSACHUSETTS 02109

———

(617) 342-4000
FACSIMILE: (617) 342-4001

William Boland, Jr.
180 Commonwealth Avenue,Unit19
Boston, MA 02116

April 13, 1998
Invoice # 231251

---

FOR PROFESSIONAL SERVICES RENDERED        through 03/31/98:

30729/1
DOE/FBI Investigation

| Date | | | Hours | Amount |
|------|---|---|-------|--------|
| 02/27/98 | C.S.Schwartz Rendon | Telephone conferences with J. Grabmeier regarding FBI interview; telephone conference with G. Berman regarding same | .8 | 188.00 |
| 03/02/98 | C.S.Schwartz Rendon | Telephone conference with G. Berman regarding J. Grabmeier; telephone conference with D. Schneider regarding same | .6 | 141.00 |
| 03/03/98 | C.S.Schwartz Rendon | Telephone conference with W. Boland and G. Berman regarding FBI interview; follow-up calls to W. Boland and G. Berman | 1.2 | 282.00 |
| 03/04/98 | C.S.Schwartz Rendon | Telephone conference with D. Schneider regarding Boland grand jury subpoena; telephone conference with W. Boland regarding same | .2 | 47.00 |
| 03/05/98 | C.S.Schwartz Rendon | Telephone conerence with W. Boland regarding grand jury subpoena; telephone conference with E. Jacks regarding grand jury and shareholder litigation; telephone conference with S. Willet regarding | .5 | 117.50 |

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
75 STATE STREET
BOSTON, MASSACHUSETTS 02109

Page:    2

(617) 342-4000
FACSIMILE: (617) 342-4001

William Boland, Jr.

April 13, 1998

---

FOR PROFESSIONAL SERVICES RENDERED
DOE/FBI Investigation

|  |  |  |  |
|---|---|---|---|
|  | shareholder litigation |  |  |
| 03/12/98 C.S.Schwartz Rendon | Telephone conferences with J. Grabmeier and W. Boland regarding FBI interviews; telephone conference with FBI Special Agent Ruppert regarding same. | .3 | 70.50 |
| 03/13/98 C.S.Schwartz Rendon | Telephone conference with W. Boland regarding FBI interview; telephone conference with S. Hansen regarding update for securities litigation; telephone conference with G. Ruppert, FBI; follow-up calls regarding schedule | .8 | 188.00 |
| 03/17/98 C.S.Schwartz Rendon | Preparation for FBI interview and FBI interview of W. Boland | 4.3 | 1,010.50 |
| 03/18/98 C.S.Schwartz Rendon | Telephone conference with G. Berman regarding update of W. Boland's telephone interview | .2 | 47.00 |
| 03/19/98 C.S.Schwartz Rendon | Telephone conference with G. Berman regarding new document subpoena and R. Bach; telephone conference with R. Bach regarding developments and strategy; telephone conference with G. Ruppert. | 1.7 | 399.50 |
| 03/20/98 C.S.Schwartz Rendon | Telephone conference | .9 | 211.50 |

PLEASE INCLUDE OUR REFERENCE NUMBER ON YOUR CHECK

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
75 STATE STREET
BOSTON. MASSACHUSETTS 02109                          Page:     3
(617) 342-4000
FACSIMILE: (617) 342-4001

William Boland, Jr.

April 13, 1998

---

FOR PROFESSIONAL SERVICES RENDERED
DOE/FBI Investigation

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | with G. Ruppert - FBI regarding scheduling; telephone conference with R. Bach regarding developments; telephone conference with D. Schneider regarding same; telephone conference with G. Berman regarding updates | | |
| 03/26/98 | C.S.Schwartz Rendon | Telephone conference with R. Goldman regarding K. O'Reilly; telephone conference with K. O'Reilly regarding representation | .2 | 47.00 |
| 03/27/98 | C.S.Schwartz Rendon | Conference call with G. Berman, E. Jacks, R. Goldman, et al, regarding developments; telephone conference with K. O'Reilly regarding FBI interview request | 2.4 | 564.00 |
| 03/30/98 | C.S.Schwartz Rendon | Telephone conference with D. Schneider and K. Givens (FBI) regarding K. O'Reilly | .3 | 70.50 |
| 03/31/98 | C.S.Schwartz Rendon | Telephone conference with K. O'Reilly regarding telephone interview; telephone conference with K. Givens (FBI) regarding same | .3 | 70.50 |

Total Hours    14.7

# EPSTEIN BECKER & GREEN, P.C.

### ATTORNEYS AT LAW
#### 75 STATE STREET
#### BOSTON, MASSACHUSETTS 02109
Page:    4

(617) 342-4000
FACSIMILE: (617) 342-4001

William Boland, Jr.

April 13, 1998

FOR PROFESSIONAL SERVICES RENDERED
DOE/FBI Investigation

Total For Services    $3,454.50

ATTORNEY SUMMARY

| Attorney | Hours Worked | Billed Per Hour | Bill Amount |
|----------|--------------|-----------------|-------------|
| C.S.Schwartz Rendon | 14.70 | 235.00 | 3,454.50 |
| Total all Attorneys | 14.70 | 235.00 | 3,454.50 |

Total This Invoice          $3,454.50

O.K. TO PAY

# EPSTEIN BECKER & GREEN, P.C.

### ATTORNEYS AT LAW
75 STATE STREET
BOSTON, MASSACHUSETTS 02109

(617) 342-4000
FACSIMILE: (617) 342-4001

Christopher Nagel                          April 15, 1998
c/o Molten Metal Technology, Inc.          Invoice No. 231348
421 Currant Road
Fall River, MA 02720

---

FOR PROFESSIONAL SERVICES RENDERED

## FOR PROFESSIONAL SERVICES RENDERED

**Disbursements Made on Behalf of Client:**

Local Transportation (Limousines, Inc.);
Travel Expense (Air/RR Fares)                    $282.30

**TOTAL AMOUNT DUE:**                            $282.30

*OK. To Pay*

PLEASE INCLUDE OUR REFERENCE NUMBER ON YOUR CHECK

# EPSTEIN BECKER & GREEN, P.C.

### ATTORNEYS AT LAW
### 75 STATE STREET
### BOSTON, MASSACHUSETTS 02109

(617) 342-4000
FACSIMILE: (617) 342-4001

Rhonda Walker
12321 River Oak Point
Knoxville, TN 37922

April 13, 1998
Invoice # 231250

---

FOR PROFESSIONAL SERVICES RENDERED      through 03/31/98:

30688/1
DOE/FBI Investigation

| Date | | Description | | |
|---|---|---|---|---|
| 02/05/98 | C.S.Schwartz Rendon | Telephone conference with D. Schneider regarding document request; telephone conference with R. Walker regarding same. | .2 | 47.00 |
| 02/10/98 | C.S.Schwartz Rendon | Telephone conference with D. Schneider regarding attorney proffer and documents; telephone conference with R. Walker regarding same | .2 | 47.00 |
| 02/13/98 | C.S.Schwartz Rendon | Telephone conference with R. Walker regarding status update, attorney proffer and recent developments | .5 | 117.50 |
| 02/18/98 | C.S.Schwartz Rendon | Drafting letter to R. Walker regarding witness reimbursement form; brief telephone conference with M. Touhey regarding grand jury | .2 | 47.00 |
| 02/19/98 | C.S.Schwartz Rendon | Telephone conference with D. Laller regarding grand jury | .1 | 23.50 |
| 02/20/98 | C.S.Schwartz Rendon | Telephone conference with D. Laller regarding grand jury appearance of V. Gatto; telephone conference with R. Walker | .5 | 117.50 |

PLEASE INCLUDE OUR REFERENCE NUMBER ON YOUR CHECK

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

75 STATE STREET

BOSTON. MASSACHUSETTS 02109

Page:    2

(617) 342-4000

FACSIMILE: (617) 342-4001

Rhonda Walker

April 13, 1998

---

FOR PROFESSIONAL SERVICES RENDERED
          DOE/FBI Investigation

| | | | |
|---|---|---|---|
| | regarding same | | |
| 03/16/98 | C.S.Schwartz Rendon | Review of letter from D. Schneider regarding attorney proffer; tel. conference w/D. Schneider re: same. | .3 | 70.50 |
| 03/17/98 | C.S.Schwartz Rendon | Drafting letter to R. Walker regarding attorney proffer, further information and document subpoena | .4 | 94.00 |
| 03/19/98 | C.S.Schwartz Rendon | Telephone conference with R. Walker regarding developments and grand jury | .7 | 164.50 |
| 03/20/98 | C.S.Schwartz Rendon | Initial drafting of attorney proffer letter; telephone conference with D. Schneider regarding same | .6 | 141.00 |
| 03/23/98 | C.S.Schwartz Rendon | Telephone conference with R. Walker regarding developments; continued drafting of attorney proffer letter; telephone conference with E. Jacks regarding developments and non-disclosure waiver; editing letter; telephone conference with J. Andrews; telephone conference with M. Tuohey | 2.8 | 658.00 |
| 03/26/98 | C.S.Schwartz Rendon | Review of correspondence from E. Jacks; drafting letter to E. Jacks in response; review of | 1.2 | 282.00 |

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
75 STATE STREET
BOSTON, MASSACHUSETTS 02109
——————— Page: 3
(617) 342-4000
FACSIMILE: (617) 342-4001

Rhonda Walker

April 13, 1998

FOR PROFESSIONAL SERVICES RENDERED
DOE/FBI Investigation

|  |  |  |  |
|---|---|---|---|
|  | documents provided by R. Walker regarding grand jury subpoena; telephone conference with R. Walker regarding same |  |  |
| 03/27/98 C.S.Schwartz Rendon | Telephone conference with E. Jacks regarding authorization letter; drafting reply letter to E. Jacks regarding same; telephone conference with R. Walker regarding documents, internet issues, etc. | 1.3 | 305.50 |
| 03/30/98 C.S.Schwartz Rendon | Telephone conference with E. Jacks regarding R. Walker's settlement agreement | .2 | 47.00 |

Total Hours   9.2

Total For Services   $2,162.00

Disbursements Made on Behalf of Client:

| Local Transportation LIMOUSINES INC. | 101.80 |
|---|---|
| Telephone | 22.69 |
| Fax/Telex | 27.00 |
| Meals | 16.22 |
| Travel Expense – Taxis | 46.00 |
| Disbursements Total | $213.71 |

PLEASE INCLUDE OUR REFERENCE NUMBER ON YOUR CHECK

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
75 STATE STREET
BOSTON, MASSACHUSETTS 02109

Page:    4

(617) 342-4000
FACSIMILE: (617) 342-4001

Rhonda Walker

April 13, 1998

FOR PROFESSIONAL SERVICES RENDERED
DOE/FBI Investigation

### ATTORNEY SUMMARY

| Attorney | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C.S.Schwartz Rendon | 9.20 | 235.00 | 2,162.00 |
| Total all Attorneys | 9.20 | 235.00 | 2,162.00 |

Total This Invoice

$2,375.71

O.K. TO PAY

PLEASE INCLUDE OUR REFERENCE NUMBER ON YOUR CHECK



Molten Metal Technology, Inc.
421 Currant Road
Fall River, MA 02720

Molten Metal Technology, Inc.
51 Sawyer Road
Waltham, MA 02154

## Molten Metal Technology

PURCHASE REQUISITION    ☐ Other_____    TN – PR# 008696

SUGGESTED VENDORS – IF NEW VENDOR, ADDRESS NEEDED
*Epstein Becker & Green*
*75 State Street*
*Boston, MA  02109*

PURCHASE ORDER NO.

DATE REQUIRED IN OUR PLANT        SHIP VIA

TERMS        PRICE & DELIVERY CONFIRMED BY

SUPPLIER TELEPHONE / FAX NO.   *617-342-4000*        ACCT. REF. NO.        F.O.B.        DATE

PROJECT CODE  |_-_|_|_|    W.O. NO.    DELIVER TO:    RECEIPT REQUIRED   Yes ☐  No ☐    BUYER INITIAL

DEPARTMENT / G/L CODE  *671*_-_|_|    COMMODITY CODE:    P.O. TYPE (circle one)  S,  B,  C

☐ MAIL P.O.   ☐ FAX P.O.   ☐ CONFIRMING ONLY

| MMT PART NO. | QUANTITY | UNIT | DESCRIPTION & CATALOG NO. / COMMODITY CODE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | *Invoice # 231,250   4/13/98* | | |
| | | | *Services rendered* | | |
| | | | *2/5/98 - 3/30/98* | | |
| | | | *Re: DOE/FBI Investigation* | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | ENTERED APR 2 ? 1998 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | *$2,375.* |

Equipment used on/or
Project description

**PROJECT LOCATION**
☐ Waltham
☒ Fall River
☐ Oak Ridge
☐

Description

☐ MMT Contract Agreement Required

| Check Needed: | | | Give Check To: | Special Instructions: (i.e. Send Check with Order) |
|---|---|---|---|---|
| Yes | No | Date: | | |
| Budgeted | | | | **REQUISITION TOTAL** |
| Yes | No | Date: | | |

REQUISITIONER  *Kerri-Ann M. Edwards*  *Kerri-Ann M. Edwards*  *4/23/98*    MANAGER

WHITE – PURCHASING    CANARY & PINK – ACCOUNTING    GOLD – REQUISITIONER



SHIP TO: Molten Metal Technology, Inc.
421 Currant Road
Fall River, MA 02720

SOLD BY: Molten Metal Technology, Inc.
51 Sawyer Road
Waltham, MA 02154

**Molten Metal Technology**

PURCHASE REQUISITION          ☐ Other_____          TN – PR# 008698

SUGGESTED VENDORS - IF NEW VENDOR, ADDRESS NEEDED
*Epstein Becker & Green*
*75 State Street*
*Boston, MA 02109*

SUPPLIER TELEPHONE / FAX NO.
*617-342-4000*

| PURCHASE ORDER NO. | |
|---|---|
| DATE REQUIRED IN OUR PLANT | SHIP VIA |
| TERMS | PRICE & DELIVERY CONFIRMED BY |

| ACCT. REF. NO. | F.O.B. | | DATE |
|---|---|---|---|

PROJECT CODE [ - ] | W.O. NO. | DELIVER TO: | RECEIPT REQUIRED   Yes ☐   No ☐ | BUYER INITIAL

DEPARTMENT / G/L CODE
*671 -*   | COMMODITY CODE: | P.O. TYPE (circle one)  S,  B,  C

☐ MAIL P.O.   ☐ FAX P.O.   ☐ CONFIRMING ONLY

| MMT PART NO. | QUANTITY | UNIT | DESCRIPTION & CATALOG NO. / COMMODITY CODE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | *Invoice # 23/251   4/13/98* | | |
| | | | *Services rendered* | | |
| | | | *8/27/98 — 3/31/98* | | |
| | | | *Re: DOE/FBI Investigations* | | |
| | | | | | |
| | | | | | |
| | | | ENTERED APR 2 1 1998 | | $3454.50 |

Equipment used on/or Project description

**PROJECT LOCATION**
☐ Waltham
☒ Fall River
☐ Oak Ridge
☐

Description

☐ MMT Contract Agreement Required

| Check Needed: | | Give Check To: | Special Instructions: (i.e. Send Check with Order) |
|---|---|---|---|
| Yes | No | Date: | |

Budgeted

| Yes | No | Date: | | REQUISITION TOTAL | |

REQUISITIONER  *Kai-Ann M. Edwards  4/21/98*
MANAGER



SHIP TO: ☐ Molten Metal Technology, Inc.    SOLD TO: ☐ Molten Metal Technology, Inc.
421 Currant Road                                          51 Sawyer Road
Fall River, MA 02720                                      Waltham, MA 02154

**Molten Metal Technology**

PURCHASE REQUISITION                ☐ Other_____        TN – PR# 008699

SUGGESTED VENDORS – IF NEW VENDOR, ADDRESS NEEDED
*Epstein Becker & Green*
*75 State Street*
*Boston, MA 02109*

| | |
|---|---|
| PURCHASE ORDER NO. | |
| DATE REQUIRED IN OUR PLANT | SHIP VIA |
| TERMS | PRICE & DELIVERY CONFIRMED BY |

SUPPLIER TELEPHONE / FAX NO.
*617-342-4000*

| ACCT. REF. NO. | F.O.B. | DATE |
|---|---|---|

PROJECT CODE __ - __ __ __    W.O. NO. __    DELIVER TO: __

DEPARTMENT / G.L. CODE
*671* - __ __ __    COMMODITY CODE: __

RECEIPT REQUIRED    Yes ☐    No ☐        BUYER INITIAL

P.O. TYPE (circle one)  S,  B,  C

☐ MAIL P.O.  ☐ FAX P.O.  ☐ CONFIRMING ONLY

| MMT PART NO. | QUANTITY | UNIT | DESCRIPTION & CATALOG NO. / COMMODITY CODE | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| | | | *Invoice # 231348  4/15/98* | | |
| | | | *services : travel expense* | | |
| | | | *and local transportation* | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | ENTERED APR 2 7 1998 | | |
| | | | | | $8282.36 |

Equipment used on/or
Project description

**PROJECT LOCATION**
☐ Waltham
☒ Fall River
☐ Oak Ridge
☐

Description

☐ MMT Contract Agreement Required

| Check Needed: | | | Give Check To: | Special Instructions: (i.e. Send Check with Order) |
|---|---|---|---|---|
| Yes | No | Date: | | |
| Budgeted | | | | |
| Yes | No | Date: | | REQUISITION TOTAL |

REQUISITIONER
*Kari-Ann M. Edwards*    4/23/98

MANAGER

EXHIBIT 'N'

ALAN L. BRAUNSTEIN
4-10-06

Page 53

1    Q.    And what did your review of the bills tell

2    you Epstein Becker did?

3    A.    That Epstein Becker was communicating with

4    certain employees of the debtor and the debtor

5    regarding various matters that were purported to be

6    in connection with various investigations.

7    Q.    And do you have any information about

8    whose interests Epstein, Becker & Green was

9    representing in those investigations?

10    A.    I believe the debtor's interests.

11    Q.    And upon what do you base that conclusion?

12    A.    Because at that point in time my

13    understanding from review of other records in the

14    case that the investigation at that time was

15    focusing in on what we call the invoice issue and

16    the Q2 and Q3 1996 misstated earnings, and that at

17    least one of the key employees who in files we found

18    stated that she had the smoking gun regarding the

19    invoice issue was one of the persons listed on the

20    time records.

21    Q.    What's that person's name?

22    A.    Rhonda Walker, and was the same person

23    who, if I remember correctly, was being currently

24    investigated by the Trustee with regard to the

ALAN L. BRAUNSTEIN
4-10-06

Page 54

1  information that she had -- when I mean currently,

2  at the time I made this conclusion and learned about

3  this.  And I believe I had seen a document from

4  Rhonda Walker's attorney stating that as part of the

5  settlement agreement with Molten Metal in her,

6  quote, severance or leaving she was required to

7  retain Carole Schwartz Rendon and Epstein, Becker &

8  Green and, if I remember correctly, that lawyer's

9  letter raised an issue in connection with that

10  representation as being a conflict.

11      Q.    Did you take a copy of that letter?

12      A.    I don't know if I took a copy of that

13  letter.

14      Q.    Where would that letter --

15            MR. SUTTON:  That letter is in the

16  documents.

17            MS. BAGGER:  I think it might make

18  sense, we might just need to bring the whole ATG,

19  that whole folder that that document came out of.

20  We can go off the record.

21            (Discussion off the record.)

22      Q.    Before we broke, Mr. Braunstein, I should

23  say during our break I noticed that you were taking

24  the opportunity to read Exhibit 5.  Who does Exhibit

# EXHIBIT 'O'

L. James Andrews                606 West Main Street                Tel. 423•525•4200
Marilyn L. Hudson               Suite 202                          FAX 423•525•8445
                                Knoxville, TN 37902

# ANDREWS + HUDSON, P.C.
### A T T O R N E Y S   A T   L A W

November 10, 1997

RECEIVED
NOV 17 1997

VIA FACSIMILE & U.S. MAIL
Carole Schwartz Rendon
Epstein Becker & Green, P.C.
75 State Street
Boston, MA. 02109

Re:    Representation of Ms. Rhonda Walker during the investigation of Molten Metal
Technology

Dear Carole:

When we spoke on October 23, 1997, I told you that Ms. Walker would only be willing
to consent to your firm jointly representing her and other Molten Metal Technology (MMT)
employees if her Title VII matter with MMT had been resolved. I confirmed that conversation
with Ron Daves, Molten Metal's local attorney for the Title VII matter.

To date the Title VII matter has not been resolved and accordingly Ms. Walker does not
consent and has not consented to joint representation. At this time she is represented in all
pending matters by this firm.

I regret any inconvenience this may have caused you. When and if the Title VII matter is
resolved, Ms. Walker will be happy to revisit the issue of her legal representation.

Feel free to call if you have any questions.

With kindest personal regards,

A. James Andrews

CC:    Ron Daves, Esq.
       Rhonda Walker

8084

EXHIBIT 'P'

Eugene Berman 4-13-2006
Robert Hanfling v. Epstein, Becker & Green, et. al.

32

1      specifically Carole Schwartz Rendon, were communicating

2      directly with lawyers from Latham and Watkins

3      concerning the investigations?

4      A.   I have no knowledge.

5           ATTY. BAGGER:  Objection.  Foundation.

6           THE WITNESS:  I have no knowledge of that.

7           ATTY. FLEISCHER:  Let's mark this.

8           (Exhibit 4, 8/25/97 MEMO FROM CAROLE SCHWARTZ

9           RENDON, marked for identification.)

10

11     Q.   Okay.  Mr. Berman, you've just been handed what's

12    been marked as Exhibit 4, and if you could just take a

13    look at this document, please?

14    A.   Okay.

15    Q.   Do you have any recollection of having ever seen

16    this document before?

17    A.   I don't have a specific recollection of seeing

18    this document, no.

19    Q.   Do you have a general recollection of the matters

20    that are addressed in this memorandum?

21    A.   Let me be clear on how I'm answering this.  Yes,

22    the matters in here I'm certainly, as I previously

23    testified, that there were issues of campaign

24    contributions, it pertained to the PRDA, which was one

Eugene Berman 4-13-2006
Robert Hanfling v. Epstein, Becker & Green, et. al.

33

1      of the DOE contracts.

2      Q.   Do you recall what PRDA stands for?

3      A.   Planned Research Development Agreement or Program.

4      I'm not absolutely certain.

5      Q.   But you have no specific recollection of the

6      document itself?

7      A.   I do not.

8      Q.   Do you have any specific recollection of

9      discussing the matters raised in this memorandum with

10     Carole Schwartz Rendon?

11     A.   I have no recollection of discussing these matters

12     with Ms. Rendon.

13     Q.   And do you recall whether or not you had any hand

14     in drafting this document?

15     A.   It purports to be from Ms. Rendon and I appear to

16     be a recipient of it.  To answer your question, no.  I

17     have no recollection of me having a hand in drafting

18     this, no.

19     Q.   Do you recall if you have ever seen it in draft

20     form?

21     A.   I don't have a recollection of it.

22     Q.   Can you turn to Page 6 of this document, Exhibit

23     4?

24     A.   Yes.

Eugene Berman 4-13-2006
Robert Hanfling v. Epstein, Becker & Green, et. al.

34

1    Q.   And there is a section there that's titled, V, in

2    Roman Numerals, "Concerns"?

3    A.   Yes.

4    Q.   I would ask you if you could read that section

5    just a little closely to yourself and that runs onto

6    Page 7, through Points 1, 2, 3, 4 and 5.  Just let me

7    know when you've read those.

8    A.   Okay.

9    Q.   And now, turning back to Page 7, we'll go to the

10   first numbered point.

11   A.   Yes.

12   Q.   Do you know who Clyde Frank was?

13   A.   I have a general recollection that he was an

14   employee of the Department of Energy.

15   Q.   Now, Mr. Gatto, how do you pronounce his name?

16   A.   That's correct, Gatto.

17   Q.   Do you recall who represented Mr. Gatto in

18   connection with the investigations?

19   A.   Mr. Touhey.

20   Q.   He was not represented by Epstein, Becker and

21   Green?

22   A.   Not to my knowledge, no.

23   Q.   Do you recall having any discussions with

24   Ms. Rendon concerning the substance of Point 1?

Case 1:05-cv-10077-RGS    Document 67-9    Filed 07/18/2006    Page 5 of 8

Eugene Berman 4-13-2006
Robert Hanfling v. Epstein, Becker & Green, et. al.

35

1      A.   I do not.

2      Q.   Do you recall having any discussions with any of

3      the other officers or directors, employees of MMT

4      concerning the substance of the matters raised in Point

5      1?

6      A.   I do not.

7      Q.   Do you understand how the matter or the substance

8      of the matter raised in Point 1 would have affected

9      other individual employees of MMT?

10          ATTY. BAGGER:  Objection to the form of the

11     question.

12          THE WITNESS:  I do not.

13     Q.   With respect to Point 2, do you recall having any

14     discussion with Ms. Rendon concerning the substance of

15     Point 2?

16     A.   I do not.

17     Q.   Do you recall having any discussions with any

18     other officers or directors or employees of MMT

19     concerning the substance of the matter addressed in

20     point 2?

21     A.   I do not.

22     Q.   And do you have any understanding of how the

23     substance of the -- strike that.

24          Do you understand how the issue raised in Point 2

Eugene Berman 4-13-2006
Robert Hanfling v. Epstein, Becker & Green, et. al.

36

1      would directly affect clients of Ms. Rendon --

2             ATTY. BAGGER:  Objection.

3      Q.    -- in the investigation?

4             ATTY. BAGGER:  Objection.  Foundation.

5             THE WITNESS:  I do not.

6      Q.    Point 3, do you recall discussing the substance of

7      Point 3 with Ms. Rendon?

8      A.    I do not.

9      Q.    Do you recall discussing the substance of Point 3

10     with any other officers, directors or employees of MMT

11     with Ms. Rendon -- strike that question.

12            Do you recall discussing the substance of the

13     matter raised in Point 3 with any other officers or

14     directors or employees of MMT?

15     A.    I don't have any specific recollection of that.

16     Although, I do recall generally that discussions were

17     had about what the campaign contribution laws were and

18     what we needed to do to make sure we were legal in what

19     we did.

20     Q.    Do you recall who you might have had those

21     discussions with?

22     A.    No.

23     Q.    Could it have been with Ms. Rendon?

24     A.    No.  I thought your question was MMT employees.

Eugene Berman 4-13-2006
Robert Hanfling v. Epstein, Becker & Green, et. al.

37

1    Q.    I'm asking a different question now.

2         ATTY. BAGGER:  To which I object to.  Asked and

3    answered.

4    Q.    Do you have any understanding how the issue raised

5    in Point 3 would have directly affected Ms. Rendon's

6    clients in the investigation?

7         ATTY. BAGGER:  Objection.  Foundation.

8         THE WITNESS:  I do not.

9    Q.    Point 4, please.  Do you recall having any --

10   strike that.

11        Do you recall having any discussions with

12   Ms. Rendon concerning the issue raised in Point 4?

13   A.    I do not.

14   Q.    Do you recall having any discussions with any

15   other officers or directors or employees of MMT

16   concerning the issue raised in Point 4?

17   A.    Other than repeating what I said before,

18   contributions, whether they be cash or in kind, we were

19   sensitive and I would recall general discussions of

20   that issue for compliance reasons, but I don't recall

21   any specific conversations or with whom I might have

22   had that conversation within MMT.

23   Q.    Say that again.

24   A.    With MMT employees.  I have no such recollection

Eugene Berman 4-13-2006
Robert Hanfling v. Epstein, Becker & Green, et. al.

38

1    of any such conversations with Ms. Rendon.   I'm

2    answering that with regard to what I thought your

3    question was with regard to MMT employees.

4    Q.   Do you recall the specific MMT employees?

5    A.   I do not.

6    Q.   Do you have any understanding of how the issue

7    raised in Point 4 would have any effect on Ms. Rendon's

8    clients in the investigation?

9    A.   I do not.

10   Q.   And, lastly, I'm going to ask the same series of

11   questions with respect to Point 5.

12   A.   Certainly.

13   Q.   Do you recall having any discussions with

14   Ms. Rendon concerning the issues raised in Point 5?

15   A.   I do not.

16   Q.   Do you recall having any discussions with other

17   officers, directors or employees of MMT -- I'm sorry.

18   Strike that.

19        ATTY. BAGGER:  You keep saying other employees and

20   officers of MMT after asking about Ms. Rendon who is

21   not an officer or employee of MMT.

22        ATTY. FLEISCHER:  I struck the question and for

23   that reason.

24        ATTY. BAGGER:  Okay.

EXHIBIT 'Q'

FROM LATHAM & WATKINS WASH DC #          (THU) 10. 23' 97 10:47/ST 10:44/NO. 4261478035 P 1

**LATHAM & WATKINS**
ATTORNEYS AT LAW
1001 PENNSYLVANIA AVE., N.W.
SUITE 1300
WASHINGTON, D.C. 20004-2505
TELEPHONE (202) 637-2200
FAX (202) 637-2201

1997 OCT 23   AM 10: 47

*606/2*
*FILE*

# FACSIMILE TRANSMISSION

**DATE:**       October 23, 1997

**TO:**

| Name | Fax No. | Phone No. |
|------|---------|-----------|
| Eugene Berman<br>Molten Metal Technology | 617 768 6548 | 617 487-7626 |
| John Coyle<br>Duncan & Allen | 202 289 8450 | 202 289 8400 |
| Mark Tuohey, Bill Lawler, Craig<br>Margolis<br>Vinson & Elkins | 202 639 6604 | 202 639 6660 |
| Karen Green<br>Hale & Dorr | 617 526 5000 | 617 526 6000 |
| Carole Schwartz Rendon<br>Epstein Becker & Green | 617 342 4001 | 617 342 4000 |
| Joseph Savage<br>Testa, Hurwitz & Thibeault | 617 248 7100 | 617 248 7000 |

**FROM:**    David A. Becker                    **ATTY BILLING NO.:**    02678

**RE:**    10/24 Joint Defense Conference Call

| ☐ ORIGINAL(S) WILL FOLLOW | NUMBER OF PAGES, INCLUDING COVER: |
|---|---|

**MESSAGE:**

11368

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL (202) 637-2392.**

DC_DOCS\75459.1

FROM LATHAM & WATKINS WASH DC #              (THU) 10. 23' 97 10:48/P  10:44/NO. 4261478035 P  2

# LATHAM & WATKINS
### ATTORNEYS AT LAW
1001 PENNSYLVANIA AVE., N.W.
SUITE 1300
WASHINGTON, D.C. 20004-2505
TELEPHONE (202) 637-2200
FAX (202) 637-2201

## VIA FACSIMILE

TO:    Distribution

FROM:  David Becker

SUBJECT:  Joint Defense Conference Call

DATE:     October 23, 1997

FILE NO.:  020967-0003

COPIES TO:  Mike Guzman
            Roger Goldman

     Tomorrow morning's conference call is scheduled for 10:00 am.  Please dial (612) 321-0939 to join, and ask for the Goldman conference call.  If you have any questions, please call me at (202) 637-2174.

Distribution

Gene Berman
John Coyle
Karen Green
Mark Tuohey/Bill Lawler/Craig Margolis
Carol Schwartz Rendon
Joseph Savage

EXHIBIT 'R'

Molten Metal Technology, Inc.
DOE Subpoena

Contact List

| Designation | Attorney | Firm | Phone | Fax |
|---|---|---|---|---|
| MMT | Roger Goldman | Latham & Watkins<br>1001 Pennsylvania Avenue N.W. Suite 1300<br>Washington, D. C. 20004-20505 | 202-637-2253 | 202-637-2201 |
| MMT | Joseph F. Savage, Jr. | Testa, Hurwitz & Thiebault, L.L.P.<br>High Street Tower<br>125 High Street<br>Boston, MA 02110 | 617-248-7000 | 617-248-7100 |
| Bill Haney | Karen Green | Hale & Dore<br>60 State Street<br>Boston, MA 02109 | 617-526-6000 | 617-526-5000 |
| Ben Downs | Michael Kendall | McDermott, Will& Emery<br>75 State Street<br>Boston, MA 02109 | 617-345-5085 | 617-345-5077 |
| Ethan Jacks | Dennis Saylor | Goodwin Proctor & Hoar<br>Exchange Place<br>Boston, MA 02109 | 617-570-1977 | 617-523-1231 |
| Gene Berman | John Coyle | Duncan & Allen<br>1575 I Street, N. W. Suite 300<br>Washington, D.C. 20054 | 202-289-8400 | 202-289-8450 |
| Vic Gatto | Mark H.Touhey, III<br>William Laller | Vinson & Elkins, L.L.P.<br>The Willard Office Building<br>1455 Pennsylvania Avenue, N. W.<br>Washington, D. C. 20004-1008 | 202-369-6660<br>202-369-6500 | 202-369-6604 |
| MMT Staff | Carole Schwartz Rendon | Epstein Becker & Green, P.C.<br>75 State Street<br>Boston,MA 02109 | 617-342-4000 | 617-342-4001 |

4555. 008

# EXHIBIT 'S'



**Molten Metal Technology**

Molten Metal Technology, Inc. • 421 Currant Road • Fall River, MA 02720 • Tel: 508-675-3900 • Fax: 508-675-6544

By Facsimile and Federal Express                                    April 7, 1998

<u>JOINT DEFENSE DOCUMENT</u>

<u>ATTORNEY - CLIENT PRIVILEGE</u>

Carole Schwartz Rendon, Esq.
Epstein, Becker & Green
75 State Street
Boston, MA 02109

Re:   <u>Rhonda Walker</u>

Dear Carole:

       As you know, Rhonda Walker reached a severance agreement with Molten Metal Technology, Inc. (MMT) in November of 1997. Pursuant to the terms of that agreement, neither party voluntarily can disclose information regarding the facts and circumstances of Ms. Walker's severance from MMT without the prior authorization of the other party.

       In connection with your representation of Rhonda Walker, this letter will confirm that MMT consents to your providing information concerning the terms of Ms. Walker's severance arrangement with MMT in response to requests for information from Dan Schneider at the Department of Justice's Campaign Finance Task Force. In addition, MMT specifically consents to your providing a copy of the letter that is attached hereto as Exhibit A to Dan Schneider. Consent from MMT to any further voluntary disclosures of the facts surrounding Ms. Walker's departure from MMT will be considered on a case by case basis.

                                        Very truly yours,

                                        Ethan E. Jacks
                                        Vice President and General Counsel

ckp/RWalker
Enclosures

4640

SENT BY:EPSTEIN BECKER & GREEN; 4- 7-98 ;10:46AM ;        BOSTON, MA.→        508 324 0001~~ ~~ ~

EXHIBIT A

EPSTEIN BECKER & GREEN, P.C.
ATTORNEYS AT LAW
75 STATE STREET
BOSTON, MASSACHUSETTS 02109

(617) 342-4000

FAX: (617) 342 4001

260 PARK AVENUE
NEW YORK, NEW YORK 10177-0077
(212) 351-4500

1227 26TH STREET, N.W.
WASHINGTON, D.C. 20037-1168
(202) 861-0900

1875 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-2501
(213) 556-8861

SIX LANDMARK SQUARE
STAMFORD, CONNECTICUT 06901-2704
(203) 348-3737

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102
(201) 642-1900

TWO EMBARCADERO CENTER
SAN FRANCISCO, CALIFORNIA 94111-3894
(415) 398-3500

12750 MERIT DRIVE
DALLAS, TEXAS 75251-1208
(972) 490-3143

2400 SOUTH DIXIE HIGHWAY, SUITE 100
MIAMI, FLORIDA 33133-3141
(305) 865-1100

510 KING STREET, SUITE 301
ALEXANDRIA, VIRGINIA 22314-3132
(703) 684-1204

P.C. NEW YORK, WASHINGTON, D.C.
CONNECTICUT, VIRGINIA, NEW JERSEY
MASSACHUSETTS AND TEXAS ONLY

April 7, 1998

BY OVERNIGHT MAIL

Daniel Schneider, Esq.
Trial Attorney
U.S. Department of Justice
Public Integrity Section - Criminal Division
1001 G. Street, N.W.
Suite 310
Washington, DC 20001

DRAFT

    Re:  Rhonda Walker

Dear Dan:

        As you know, I represent Rhonda Walker in connection with
the on-going investigation of Molten Metal Technology being
conducted by the Campaign Finance Task Force, the FBI and the
Department of Energy's Office of the Inspector General. Pursuant
to our telephone conversation on March 20, 1998, this proffer is
being made pursuant to the terms of your March 11, 1998 letter,
with the following modification. As we agreed, if this proffer
is to be used in the grand jury, this letter will not be marked
as, or introduced as a grand jury exhibit. Instead, you have
agreed that any use of this proffer in the grand jury will be in
the form of an agent testifying as to the substance of this
letter. Moreover, as we discussed, this proffer is being offered
as a result of your explanation that the substance of the
requested proffer is relevant to the on-going grand jury
investigation of Molten Metal Technology ("MMT"). As you have
requested, this letter will set forth the factors that led Ms.
Walker to leave her employment at MMT in November of 1997,

RW 841

SENT BY:EPSTEIN BECKER & GREEN; 4- 7-98 :10:46AM ;    BOSTON, MA.→    508 624 0501;# 4/ 6

Daniel Schneider, Esq.
April 7, 1998
Page 2



As you know, Ms. Walker began working at MMT in the Spring of 1996. At that time her position was Vice President of M4 and Government Sales. Ms. Walker reported directly to Vic Gatto. In the Spring of 1997, Ms. Walker reported to MMT headquarters personnel her allegations that Mr. Gatto was engaging in conduct that constituted sexual harassment of Ms. Walker. Nonetheless, according to Ms. Walker the problems with Mr. Gatto continued. Three months later, Ms. Walker's request to be removed from Vic Gatto's group was granted, and she began reporting directly to Charles Shaver.

As you may recall, in the Fall of 1997, MMT was facing a number of extreme financial crises. Large portions of the MMT work force had been laid off, and additional substantial reductions in force had been announced. Ms. Walker, who was still employed by MMT, had been told that her position was going to be eliminated in an up-coming RIF ("Reduction In Force"). Ms. Walker was concerned that the decision to eliminate her job was made, at least in part, in retaliation for her having reported allegations of sexual harassment by Mr. Gatto and the fact that she had requested a transfer from Mr. Gatto's group. Ms. Walker also alleged other violation of Title VII relating to the decision to terminate her position as compared to other non-terminated employees. Ms. Walker made those concerns known to individuals at MMT's corporate headquarters.

In November of 1997, Ms. Walker entered into a voluntary severance agreement with MMT. As is typical of severance agreements in general, Ms. Walker's agreement with MMT contains a mutual non-disclosure provision. MMT, however, has agreed that, in the limited context of this grand jury investigation, it will waive the non-disclosure provisions and permit me to discuss the details of Ms. Walker's severance agreement.

Ms. Walker's severance agreement, which does not specifically reference allegations or denials of sexual harassment or other Title VII claims, provides for a severance payment in the amount of $112,500. That payment was made as a lump sum payment. The company also agreed to pay the fees of Ms. Walker's attorney who represented her in connection with these matters. Ms. Walker was permitted to retain as her personal property, the computer equipment and fax machine that had been purchased for Ms. Walker by MMT and which she had kept in her home. In turn, Ms. Walker agreed to return (and did return) all other company property to MMT.

MMT further agreed to provide Ms. Walker with a letter of recommendation, at her request, recommending her to potential future employers in the highest terms. Ms. Walker was advised of her right to continue her medical benefits at her own expense

RW 842

SENT BY:EPSTEIN BECKER & GREEN; 4- 7-98 ;10:47AM ;

**DRAFT**

Daniel Schneider, Esq.
April 7, 1998
Page 3

consistent with the provisions of COBRA. Similarly, Ms. Walker was provided with information concerning her ability to convert her company life insurance and disability insurance policies into individual policies.

Pursuant to the terms of the company's stock option plan, Ms. Walker was advised that she had 90 days from the date of her separation from MMT within which to exercise her vested stock options. Ms. Walker did not exercise any of her stock options.

Ms. Walker, for her part, released MMT from any and all claims that she had or may have had against the company. Ms. Walker also represented that she had not, as of November 19, 1997, filed any complaints, charges, or lawsuits against the company with any governmental agency or court and that she would not thereafter file any such complaints, charges or lawsuits. To date, Ms. Walker has never filed a complaint, charge or lawsuit against MMT with any governmental agency or court.

I hope that this factual rendition answers your questions concerning Ms. Walker's separation from MMT. If, however, you have any questions regarding the foregoing recitation, or if anything is not sufficiently detailed or understandable as you had requested in your letter, please do not hesitate to contact me for additional information and clarification.

Very truly yours,

**DRAFT**

Carole Schwartz Rendon

cc: Rhonda Walker

RW 843



**Molten Metal Technology**

Molten Metal Technology, Inc., 421 Currant Road, Fall River, MA 02720
Tel: (508) 324-6901
Fax: (508) 324-6401

**TO:**

| Name: | Date: |
|-------|-------|
| Carole Schwartz Rendon, Esq. | April 7, 1998 2:34 PM |
| **Company:** | **Fax No:** |
| Epstein, Becker & Green | (617) 342-4001 |

**FROM:**

| Name: | Telephone: |
|-------|-----------|
| Ethan Jacks | (508) 324-6901 |

**REFERENCE:** Rhonda Walker

**MESSAGE:**

Carole:

Please see attached

Ethan

This facsimile message is confidential. It may contain information which is privileged or subject to other confidentiality requirements and exemptions from disclosure under applicable law. It is intended solely for the use of the individual(s) named above. If you are not the intended recipient(s), or the person responsible to deliver it to the intended recipient(s), you are hereby advised that any dissemination, distribution or copying of this communication is prohibited. If you have received this facsimile message in error, please immediately notify the send by telephone collect, and return the original message to the sender by US Mail. Postage in return facsimile transmission will be refunded.

page 1 of 5

RW 844

April 7, 1998

by Fox and Chaupt - paul

JOINT DEFENSE DOCUMENT

ATTORNEY - CLIENT PRIVILEGE

Carole Schwartz Rendon
Epstein, Becker & Green
75 State Street
Boston, MA 02109

**DRAFT**

    Re:  Rhonda Walker

Dear Carole:

    As you know, Rhonda Walker reached a severance agreement with Molten Metal Technology, Inc. (MMT) in November of 1997. Pursuant to the terms of that agreement, neither party voluntarily can disclosure information regarding the facts and circumstances of Ms. Walker's severance from MMT without the prior authorization of the other party.

    In connection with your representation of Rhonda Walker, this letter will confirm that MMT consents to your providing information concerning the terms of Ms. Walker's severance arrangement with MMT in response to requests for information from Dan Schneider at the Department of Justice's Campaign Finance Task Force.  In addition, MMT specifically consents to your providing a copy of the letter that is attached hereto as Exhibit A to Dan Schneider.  Consent from MMT to any further voluntary disclosures of the facts surrounding Ms. Walker's departure from MMT will be considered on a case by case basis.

Very truly yours,

**DRAFT**

Ethan E. Jacks
Vice President and General Counsel

RW 845

EXHIBIT 'T'

# RIEMER & BRAUNSTEIN

COUNSELLORS AT LAW

THREE CENTER PLAZA

BOSTON, MASSACHUSETTS 02108

(617) 523-9000

TELECOPIER (617) 723-6831

**FILE COPY**

DAVID W. BABNER
TELEPHONE EXT. 415
E-MAIL: dwb@riemerlaw.com
ADMITTED IN OHIO ONLY

BURLINGTON OFFICE
FIFTEEN NEW ENGLAND EXECUTIVE PARK
BURLINGTON, MASSACHUSETTS 01803
TELEPHONE (781) 273-2270
TELECOPIER (781) 273-0776

November 5, 1998

**BY HAND**

Mr. Bill Hewitt
c/o Glenn D. Burlingame, Esquire
Epstein, Becker & Green, P.C.
75 State Street, 27th Floor
Boston, Massachusetts 02109

Re:    MMT of Tennessee

Dear Mr. Hewitt:

Enclosed please find a copy of all of the contracts as listed on the enclosed copy of our October 30, 1998, correspondence to Ruedinger W. Koenig for your review.

If you have any questions or concerns or if you need any further documents, please do not hesitate to contact me.

Very truly yours,

*David W. Babner*
seb

David W. Babner

DWB/seb
Enclosures

**DICTATED BUT NOT READ.**

343216.1