UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10077-RGS

ROBERT J. HANFLING, Chapter 11 Trustee
for ATG, Inc. and ATG Catalytics LLC

v.

EPSTEIN BECKER & GREEN, P.C., et al.

<u>MEMORANDUM AND ORDER ON
PLAINTIFF'S MOTIONS TO AMEND</u>

November 14, 2006

STEARNS, D.J.

Because the court finds that plaintiff's motion to amend the Complaint is neither untimely nor prejudicial, it will be <u>ALLOWED</u>. Defendants' arguments regarding the futility of the amendments will be addressed within the context of defendants' motion for summary judgment.[1]

SO ORDERED

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that defendants' reply memorandum to the motion for summary judgment addresses the proposed amendments to the Complaint.