UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ROBERT J. HANFLING, ET AL**

    **V.**                **CIVIL ACTION NO. 05-10077-RGS**

**EPSTEIN BECKER & GREEN P.C.**

# J U D G M E N T

**STEARNS, DJ.**                              **NOVEMBER 27, 2006**

    THIS COURT HAVING ALLOWED DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AFTER HEARING,

    IT IS HEREBY ORDERED:  JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, EPSTEIN BECKER & GREEN, P.C.

    SO ORDERED.

                                          **RICHARD G. STEARNS**
                                          **UNITED STATES DISTRICT JUDGE**

        **BY:**

                                          **/s/ Mary H. Johnson**
                                              **Deputy Clerk**