UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT I. HANFLING,<br>Chapter 7 Trustee of the Bankruptcy<br>Estates of ATG, Inc. and ATG<br>Catalytics, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>EPSTEIN BECKER & GREEN, P.C.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10077-RGS |

**AFFIDAVIT OF PAULA M. BAGGER
IN SUPPORT OF DEFENDANT'S MOTION FOR FOR COSTS**

I, Paula M. Bagger, being duly sworn, depose and say:

1. I am a partner in the law firm of Cooke Clancy & Gruenthal LLP, which is counsel to defendant Epstein Becker & Green, P.C. ("EBG") in the above-captioned matter. Pursuant to 28 U.S.C. § 1924, I submit this affidavit in support of EBG's Motion for Costs.

2. Eight depositions were used as evidence in connection with EBG's motion for summary judgment, which the Court allowed on November 21, 2006. These were the depositions of Carole Schwartz Rendon, Jarvis Kellogg, Michael Tuteur, Kenneth Weckstein, Ethan Jacks, Eugene Berman, Christopher Nagel, and Alan Braunstein.

3. EBG incurred stenographic costs in connection with each of these eight depositions. Specifically, Specifically, EBG incurred costs as follows:

| | |
|---|---|
| $1,016.40 | Deposition of Carole Schwartz Rendon |
| $309.00 | Deposition of Alan Braunstein |
| $192.40 | Deposition of Michael Tuteur |

| | |
|---|---|
| $136.05 | Deposition of Jarvis Kellogg |
| $132.50 | Deposition of Christopher Nagel |
| $258.60 | Deposition of Eugene Berman |
| $308.85 | Deposition of Ethan Jacks |
| $223.00 | Deposition of Kenneth Weckstein[1] |

In addition, EBG paid a $150.00 filing fee to the United States District Court for the Northern District of California for its motion to withdraw the reference and incurred a process server's charge of $37.00 and witness fee of $42.00 in connection with Mr. Braunstein's deposition. True and accurate photocopies of the paid invoices for these costs are appended to this Affidavit as Exhibit A.

3. It was reasonably necessary for EBG to notice and take the depositions of Alan Braunstein and Carole Schwartz Rendon and to question actively at the following depositions, noticed by the Trustee: Kenneth Weckstein, Ethan Jacks, Eugene Berman, Christopher Nagel, Jarvis Kellogg, and Michael Tuteur. The case was an action alleging legal malpractice. Ms. Rendon and Messrs. Weckstein, Kellogg, and Tuteur are former or current EBG attorneys whose work was called into question. Messrs. Jacks and German were in-house counsel for Molten Metal Technology, Inc. ("MMT"), a company that the Trustee alleges EBG represented, and Dr. Nagel was represented by EBG when an MMT employee. Mr. Braunstein was counsel to MMT's Chapter 11 Trustee and his deposition became necessary when EBG learned, in early discovery, that the Trustee had relied upon information learned from Mr. Braunstein in formulating his original Complaint against EBG.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 1st DAY OF FEBRUARY 2007.

_____/s/_ Paula M. Bagger____
Paula M. Bagger

---

[1]    EBG is not seeking reimbursement for a stenographic record of the Robert I. Hanfling deposition, which was not introduced into evidence on summary judgment.



# O'BRIEN & LEVINE
Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St. • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 20723 | 04/19/2006 | 01-18971 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/13/2006 | BERGCI | |

| CASE CAPTION |
|---|
| Hanfling v. Epstein Becker |

| TERMS |
|---|
| Net 30, after 30 int. at 1.5% per month |

Paula Bagger
Cooke, Clancy & Gruenthal
265 Franklin Street, Suite 1000
Boston, MA 02110-3113

Transcript of:
Eugene Berman
E-Transcript
Transcript Archiving
Condensed

72 Pages @    2.55/Page         183.60
                                 30.00
                                 15.00
                                 30.00

☒ Enter bills
☒ T.S.

TOTAL DUE >>>>                  258.60

TAX ID NO.: 04-3106514                    (617) 428-6818

# INVOICE

## O'Connor Pollard Reporting, Inc.

32 Shady Lane • Franklin, MA 02038

508-528-2950 • MA: 800-528-2951

Fax: 508-528-3927

**Bill To**

Cooke, Clancy & Gruenthal, LLP
Paula Bagger, Esq.
265 Franklin Street
Boston, MA 02110

FED ID#20-2649946

| Date | Invoice # |
|---|---|
| 4/14/2006 | 4406 |

| Witness | Reporter | Terms |
|---|---|---|
| Braunstein | MOP | Net 20 |

| Date Taken | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 4/10/2006 | Original Deposition Transcript | 103 | 3.00 | 309.00 |

☒ T.S.
☒ enter bills

| | Total | $309.00 |
|---|---|---|

Please tear off stub and return with payment.

CCG - Bagger

Case 1:05-cv-10077-RGS    Document 82-2    Filed 02/01/2007    Page 3 of 9



**O'BRIEN & LEVINE**
Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 20724 | 04/19/2006 | 01-18972 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/12/2006 | BERGCI | |

| CASE CAPTION |
|---|
| Hanfling v. Epstein Becker |

| TERMS |
|---|
| Net 30, after 30 int. at 1.5% per month |

Paula Bagger
Cooke, Clancy & Gruenthal
265 Franklin Street, Suite 1000
Boston, MA 02110-3113

Transcript of:
Ethan Jacks

| | | |
|---|---|---|
| 87 Pages @ 2.55/Page | | 221.85 |
| E-Transcript | | 30.00 |
| Transcript Archiving | | 15.00 |
| Condensed | | 30.00 |
| Shipping & Handling | | 12.00 |

TOTAL DUE >>>>   308.85

TAX ID NO.: 04-3106514                    (617) 428-6818

**O'BRIEN & LEVINE**
Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 20843 | 04/24/2006 | 01-18973 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/18/2006 | BERGCI | |

| CASE CAPTION |
|---|
| Hanfling v. Epstein Becker |

| TERMS |
|---|
| Net 30, after 30 int. at 1.5% per month |

Marjorie Cooke
Cooke, Clancy & Gruenthal
265 Franklin Street, Suite 1000
Boston, MA 02110-3113

```
Transcript of:
   Jarvis Kellogg                      31 Pages @    2.55/Page          79.05
         Transcript Archiving                                           15.00
         Condensed                                                      30.00
         Shipping & Handling                                            12.00
                                                                       ------
                              TOTAL    DUE    >>>>                     136.05
```

MJS.
enter bills

TAX ID NO.: 04-3106514                                           (617) 428-6818

*Please detach bottom portion and return with payment.*

Marjorie Cooke
Cooke, Clancy & Gruenthal
265 Franklin Street, Suite 1000
Boston, MA 02110-3113

```
Job No.     : 01-18973
Case No.    :
Hanfling v. Epstein Becker

Invoice No.: 20843
Date        : 04/24/2006
TOTAL DUE   :     136.05
```

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC/AmExp #: _____ |
| Amount to Charge: _____ |
| Exp. Date: _____ Phone #: _____ |
| Cardholder's Signature: _____ |

Remit To:    **O'Brien & Levine**
             **195 State Street**
             **Boston, MA 02109**

# INVOICE

**O'Connor Pollard Reporting, Inc.**
32 Shady Lane • Franklin, MA 02038
508-528-2950 • MA: 800-528-2951
Fax: 508-528-3927

| Date | Invoice # |
|---|---|
| 4/26/2006 | 4418 |

**FED ID#20-2649946**

**Bill To**
Cooke, Clancy & Gruenthal, LLP
Paula M. Bagger, Esq.
265 Franklin Street
Boston, MA 02110

| Witness | Reporter | Terms |
|---|---|---|
| Nagel | MOP | Net 20 |

| Date Taken | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 4/25/2006 | Copy of Deposition Transcript | 53 | 2.50 | 132.50 |

*[handwritten: "OTS" / "Plaintiff's bills"]*

**Total** $132.50



# FINCUN-MANCINI

The Court Reporters
1801 East Ninth Street
Suite 1720
Cleveland, Ohio 44114
(216) 696-2272
(216) 696-2275 FAX

# INVOICE

```
MS. PAULA BAGGER
COOKE, CLANCY & GRUENTHAL
365 FRANKLIN ST.                              INV. DATE  05/18/2006
BOSTON, MA  02110                             INV. NO.       53696
                                              CLIENT         10744
                                              JOB NO.   4727 CV0967
```

**FOR SERVICES RENDERED**　　　　　　　　　　　　　　　　　　　　　　　　　**DUE UPON RECEIPT**

```
Re: HANFLING, ROBERT I.    vs    EPSTEIN, BECKER & GREEN PC ETA
Assignment Date: May 09, 2006         Client Ref. #: 05-10077-RGS


Deposition(s) of CAROLE SCHWARTZ RENDON

                                   Total Amount $    1,016.40
THANK YOU
```

## Make Checks Payable To:

FINCUN-MANCINI, INC.
Federal Tax Id#: 34-0901980

**PLEASE SUBMIT COPY OF INVOICE WITH REMITTANCE**

1½% PER MONTH
FINANCE CHARGE MAY BE
ASSESSED ON UNPAID BALANCES
AFTER 60 DAYS

**We accept VISA, MasterCard, American Express and Discover Card
Please call to arrange payment by credit card**

# O'BRIEN & LEVINE
## Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 20726 | 04/19/2006 | 01-18970 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/13/2006 | BERGCI | |

| CASE CAPTION |
|---|
| Hanfling v. Epstein Becker |
| **TERMS** |
| Net 30, after 30 int. at 1.5% per month |

Marjorie Cooke
Cooke, Clancy & Gruenthal
265 Franklin Street, Suite 1000
Boston, MA 02110-3113

```
Transcript of:
  Michael Tuteur                    46 Pages @       2.55/Page          117.30
      E-Transcript                                                       30.00
      Transcript Archiving                                               15.00
      Condensed                                                          30.00
                                                                       --------
                                          TOTAL   DUE   >>>>            192.30
```

MT;S.
enter bills

TAX ID NO.: 04-3106514                                      (617) 428-6818

*Please detach bottom portion and return with payment.*

Marjorie Cooke
Cooke, Clancy & Gruenthal
265 Franklin Street, Suite 1000
Boston, MA 02110-3113

```
Job No.      : 01-18970
Case No.     :
Hanfling v. Epstein Becker

Invoice No.: 20726
Date         : 04/19/2006
TOTAL DUE    :     192.30
```

Remit To:   **O'Brien & Levine**
            **195 State Street**
            **Boston, MA 02109**

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC/AmExp #: _____ |
| Amount to Charge: _____ |
| Exp. Date: _____ Phone #: _____ |
| Cardholder's Signature: _____ |

# INVOICE

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410  Fax (202) 861-3425

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 171085 | 05/04/2006 | 01-77450 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/28/2006 | HARMJO | |

**CASE CAPTION**

Robert I. Hanfling, Chapter 7 Trustee for ATG, Inc.

**TERMS**

Due upon receipt

Paula M. Bagger, Esq.
Cooke, Clancy & Gruenthal
265 Franklin Street
Boston, MA 02110

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Kenneth B. Weckstein
       Shipping & Handling                72 Pages                              198.00
                                                                                 25.00

                                                        **TOTAL DUE >>>>**       223.00

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

TAX ID NO.: 20-2665382                                          (617) 428-6800

*Please detach bottom portion and return with payment*

# Invoice

**Suvalle, Jodrey & Associates**
**One Devonshire Place**
**Boston, MA  02109**

Voice:   617-720-5733
Fax:     617-720-5737

Invoice Number: 62880
Invoice Date: Mar 26, 2006
Page: 1

PAID

Bill To:
Cooke, Clancy & Gruenthal
HWang
265 Franklin Street
Boston, MA  02110

Federal ID: 04-2647543

| Customer ID | | Payment Terms |
|---|---|---|
| Cooke 1 | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Stephen Gray | 37.00 | 37.00 |
| 1.00 | Fees Advanced | Boston (fed) | 42.00 | 42.00 |
| 1.00 | Summons | Alan Braunstein | 37.00 | 37.00 |
| 1.00 | Fees Advanced | Boston (fed) | 42.00 | 42.00 |
| | | CASE: HANFLING VS. EPSTEIN, BECKER | | |

☑ T.S.
enter bills

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

Subtotal                158.00
Sales Tax
Total Invoice Amount    158.00