JACOBS PARTNERS LLC
Attorneys at Law
383 Main Avenue
Norwalk, Connecticut 06851
Telephone: (203) 846-6622
Facsimile: (203) 846-6621

June 14, 2007

<u>Via E.C.F.</u>
Hon. Richard G. Stearns
United States District Judge
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

      Re: *Robert I. Hanfling, Ch. 7 Trustee, vs. Epstein Becker & Green, P.C. et al;*
          *Civil Action No. 05-10077-RGS*

Dear Honorable Sir:

    We represent the plaintiffs in the above referenced action. I write with respect to two pending motions filed in this case by defendant Epstein Becker & Green, P.C.: (1) Motion for Costs Pursuant to 28 U.S.C. § 1920 (*Doc. Nos. 81 and 82*) and (2) Motion for Attorneys Fees Pursuant to 28 U.S.C. § 1927 (*Doc. Nos. 83 and 84*). On March 2, 2007, Your Honor referred both motions to Magistrate Judge Marianne B. Bowler. On April 4, 2007, Magistrate Bowler conducted a hearing on the motions, and on May 22, 2007, she entered her Report and Recommendation on the motions.

    I write in order to inform Your Honor that following the entry of Magistrate Bowler's Report and Recommendation, the parties have resolved both motions entirely. The plaintiffs do not anticipate that any of the parties will be filing any further pleadings in this case. Moreover, the plaintiffs do not believe that any further action by the Court is necessary in connection with the two motions or any other aspect of this litigation. Plaintiffs believe that the case can and should be closed at this time.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          /s/ ROBERT M FLEISCHER
                                          Robert M. Fleischer

cc: Paula Bagger, Esq. (Counsel for Epstein, Becker & Green, P.C.)
    David Himmelfarb, Esq. (Local Counsel for Plaintiffs)

**Certification of Service**

I hereby certify that the foregoing letter filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 14th day of June, 2007.

By: /s/ Robert M. Fleischer
Robert M. Fleischer